Civil Action No 22-3633
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Friedrich Lu, Plaintiff

v

John F Kerry, Cameron F Kerry, United States, Merrick Garland, Donald K Stern, Michael J
Sullivan, Carmen M Ortiz, Joshua S Levy, Kenneth W Kaiser, Warren T Bamford, Richard C
DesLauriers, Vincent B Lisi, Harold H Shaw, Joseph R Bonavolonta, Jodi Cohen, Levin H
Campbell, Michael Boudin, Gustavo A Gelpí, Rya W Zobel, Douglas P Woodlock, Richard G
Stearns, Edward F Harrington, Herbert P Wilkins, Martha B Sosman, John M Greaney, Margaret
H Marshall, Judith CA Cowin, Roderick L Ireland, Fernande RV Duffly, Robert J Cordy, Francis
X Spina, Geraldine S Hines, Margot Botsford, Barbara A Lenk, David A Lowy, Elspeth B
Cypher , Frank M Gaziano, Scott L Kafker, Dalila Argaez Wendlandt, William F Galvin, John T
Englander, Marie Breen, Douglas M McGarrah, Rachael E Rollins, Kevin R Hayden, Maura T
Healey, Andrea J Campbell, Paul Francis Evans, Jr, Kathleen M O'Toole, Edward F Davis III,
William B Evans, William G Gross, Michael A Cox, Leo Rafael Reif, Jamie Lewis Keith, Mark
C DiVincenzo,  President and Fellows of Harvard College, Lawrence H Summers, Anne Taylor,
Robert W Iuliano, Robert A Brown, Erika Geetter, William P Leahy, Joseph Herlihy, Robert M
Farrell, Sarah A Thornton, Juan R Sánchez, ArentFox Schiff, Erik Lund, Christopher E Phillips,
Sheila F Lawn, Benjamin Katz, Isabel Sweet, Jeffrey C Cecil, Myong J Joun, Senators Elizabeth
A Warren, Edward J Markey, Nancy Gertner, John Reinstein, Michael Kendall, White & Case,
LLP, Brian T Kelly, Nixon Peabody LLP, Jia M Cobb, Debra Ann Livingston, Catherine
O'Hagan Wolfe, Staples Inc, The Georgetown Company LLC, Limited to Endodontics, Inc,
Steven M Corliss, Peter H Velyvis, Emina Zaganjori Kelly, Maureen Feeney, Willie Butlerm,
Wilbert Wilson, Maria Robles,  Ryan A MacLean, Christopher J Noone, Michael B Halpin, and
Jennifer M Staples, Joseph M Lee, Classic Cleaning Co, Inc, Jesús __, Jesús's son, Seán Patrick
O'Malley, Francis J O'Connor, Robert P Powers, Mark A Hipple, Gregory R Archibald, McNees
Wallace & Nurick LLC, Joe H Tucker Jr, Leslie Miller Greenspan, Tucker Law Group, LLC,
Lynn R Charytan, Alycia Horn, Comcast Cable Communications, LLC, Bisola Ojikutu, Batool
Raza, Whitney C Pasternack, Boston Public Health Commission, Mark L Wolf, Walter T
Mitchell, Jahad Hasan, Eric T Donovan, David T Donnelly, Steven Tankle, and Jeffrey A Locke,
Paul V Kastner, Kastner Realty Trust, William Enright, Brian F Welsh, Fuller Rosenberg Palmer
& Beliveau LLP, Jody L Goodman Dinan, Jason Chaka George, Julio A Castillo, Anna
Blackburne-Rigsby, Roslynn R Mauskopf, David J Barron, Jeffrey R Howard, and Joseph N
Laplante, Matthew M Graves, Sian Jones, Brian P Hudak, Shelley M Richmond Joseph, Thomas
M Hoopes, Douglas S Brooks, Elizabeth N Mulvey, Libby Hoopes Brooks and Mulvey, PC, F
Dennis Saylor IV, Jon David Levin, Patti B Saris, Lance E Walker, Karen Frink Wolf, Denise J
Casper, Indira Talwani, Leo T Sorokin, Allison D Burroughs, Senior District Judges William G
Young, Mark L Wolf, George A O'Toole Jr, Marianne B Bowler, Judith G Dein, Jennifer C Boal,
David J Barron, Sandra L Lynch, O Rogeriee Thompson, William J Kayatta Jr, Bruce M Selya,
Kermit V Lipez, Jeffrey R Howard, Jane E Young, Michael McCormack, Anna Dronzek,
Timothy J Harrington, Kimberly S Budd, Serge Georges Jr, Paul N Laprocina Jr, Michael J.
Lepizzera Jr, Scott K DeMello, Karlene Hall, Lepizzera and Laprocina, Kurt G Stenhouse,
Christopher M Anderson, TS Land Trust LLC, Rosemary A Traini, Roberto Ronquillo, Jr,
Thomas C Horgan, Robert J McKenna, John E Garland, Sally A Kelly, Daniel J Hogan, Mark C

Concannon, Patty Wong-Murphy, Christopher Storm, Daniel M Lee, Morrison Mahoney LLP, Purchase America, Inc, Armada Waste MA II, LLC, Albertsons Companies, Inc, Star Market, Inc, Robert George Young II, and Bowditch and Dewey, LLP, Robert D Cox, Jr, David Taylor, Matt VP McTygue, Elizabeth H Kelly, and Locke Lord LLP, Daron L Janis, Boodie Ugnumba, G4S Secure Solutions (USA), Inc, Melanie Lima, Trustees of Boston Public Library, John A Fahey, Nicole M O'Connor, Mark V Green, Paula M Carey, Beverly J Cannone, David T Donnelly, Eleanor Sinnott, Mark H Summerville, Walter F Timilty, Roberto Ronquillo, Jr, Daniel J Hogan, Mark C Concannon, Patty Wong-Murphy, Robert Murphy, Joslin Ham Murphy, Bernard Greene, Nancy S Heller, Heather Hamilton, Raul Fernandez, John VanScoyoc, Melvin Kleckner, Sara Slymon, Town of Brookline, David Fredette, Shawn A Williams, Jeffrey Driscoll, Jose Araujo, Christopher Vazquez and Joel Flores, Daniel P Sullivan, Rebecca S Murray, Andrew Ghobrial, Evan Meredith, Methunion Manor Cooperative Corp, Denise O Salters, Cynthia B Hartman, Mark P Daly, MPD Law, LLC, Karen LaFrazia, Saint Francis House, Inc, Elizabeth H Kelly, Roman Catholic Archbishop of Boston, Robert George Young II, Bowditch & Dewey, LLP, Joseph C Ferreira, Robert L Jubinville, Marilyn M Petitto Devaney, Christopher A Iannella, Eileen R Duff, Paul DePalo and Mary E Hurley, Amy B Bratskeir, Julie Ciollo, James R Clarke, Mary Regan, Maura A Hennigan, Joseph Stanton, Erica Morin, Robert L Sheketoff, James L Sultan, Charles W Rankin, Matthew Divris, Thomas A Turco, III, and Carol A Mici, Benjamin Franco, Roy Mackenzie, Lena Wong, Julie Goldman, Paul Tuttle, Ann Thomas, Patricia Ryle, Nancy Martins, Walter F Timilty, C Jeffrey Kinder, Andrew J Haile, For The Record, Inc, Gareth W Notis, Monika Zarski, Jackson Lewis PC, Ziad Kamel, David Carrasco, Willard J Boulter III, David J O'Connor, Massachusetts Institute of Technology, Samuel R Gates, Scott A Roberts, Hirsch Roberts Weinstein LLP, and Christopher Samuel, Paul S Kawai, Kevin Davis, Tyler Ostholthoff, Gregg Taylor, ABM Janitorial Services Northeast, Inc, William P McGovern, Irwin Driggs, Sarah St Pierre, Sonia L Skinner, Frank DePaola, Luis Manuel Ramírez, Steve Poftak, Massachusetts Bay Transportation Authority, Amy B Bratskeir, David S Mackey, Christina Marshall, Nina Pickering-Cook, Anderson & Kreiger LLP, Christina S Marshall, Stephanie Pollack, Dominic Blue, Ruth Bonsignore, Brian Lang, Dean Mazzarella, Joseph Sullivan, Betsy Taylor, Phoebe Fischer-Groban, Capitol Waste Services, Inc, Thomas M Elcock, Prince Lobel Tye LLP, Susan Mills, Tent City Corp, Thomas Gaughan, III, Brendan J Gaughan, David A Goldman, CMBG3 Law LLC, Longwood Security Services, Inc, William Sprague, Nancy Mahan, Kevin P Kerr, Patricia Armstrong, Gina Cohen, Crystal Carrington, Yudelkys de Los Santos and Jennifer Staples, Bay Cove Human Resources, Inc, Kevin Michael Magoon, Anthony S Owens, Sandra L Ehlinger, Anthony J Rizzo, Daniel F Conley, Coleen Palmisano, Marielena Gamboa-Ruiz, Trustees of Tufts College, John Wheatley, Melick & Porter, Timothy Frates, Julie Wilder, Jason McGrane, Richard Curtin, Suffolk County Sheriff's Department, Raman Samra, Trustees of Boston University, Lisa A Tenerowicz, Diane Smith, Thomas G Robbins, Brian G Dalton, Steven W Tompkins, Kathleen M Cawley, Fairfield Real Estate Management Corp, Frederick E Fairfield Jr, Heather L Fairfield, John L Tobin, Lester Blumberg, R Brandon Rios, Benjamin Golden, Jesse M Boodoo. Abigail L Fee, Liza J Tran, Supreme Judicial Court, John Doe, Lynda D'Andrea, Omar McGovern, Lyndia Downie, Rosemary Cashman, Fred Lee, Shaughnessy Charbonneau, Pine Street Inn, Rachel E Muñoz, Morgan, Brown & Joy LLP, Colin R Boyle, The Towne Law Firm, PC, Leigh Campbell Joyce, Baird Holm LLP, Martin J Walsh, Charles D Baker, Jr, Annapurna Balakrishna, Julia E Kobick, Lauren M Mitchell, Jones & Fuller Reporting, Inc, Stephen D Fuller, John B Johnson, Corrigan Johnson & Tutor, PA, Michael O'Connor, G&M Court Reporters, Ltd, Mary Piccirilli, The

Canton Corp, Albert Ogiste, Heather Lynn Fairfield, Anthony Walrond, Gina Cohen, Abdul Kamara, William F Sinnott, Eugene L O'Flaherty, Caroline O Driscoll, David Waterfall, George Hulme, Berthé M Gaines, Donna M DePrisco, Angelo M Scaccia, James Carroll, Karyn M Wilson, Jeffrey B Rudman, Zamawa Arenas, A Raymond Tye, Evelyn Arana-Ortiz, Paul La Camera, Carol Fulp, Byron Rushing, Dennis Lehane, John T Hailer, Laura DeBonis, Boston School Committee, Boston Housing Authority, Wilbur E Commodore, Boston College, Dennis Bradbury, Dave Hassan, Chris Summa, Ian McClain, Kevin M Riordan, Boyle Shaughnessy Law PC, WinnCompanies, John Egan), Castle Square Tenants Organization, counsel Jacqueline L Allen, Brendan England, Stephen Horgan, Daniel G Cromack, Daryl J Lapp, Jordana B Glasgow, Tracy Anne Davis, Orlando Tirella, Ching-Ju Chang, Pati A Holoran, John P Puleo, Hassan & Reardon, PC, Paul Mahoney, Jeffrey M Winik, Robert L Lewis, Lawrence Pierce, Cristopher O Quayle, Dennis F Sullivan, John C Clough, Peter W Agnes, Jr, Sarah B Singer, Joseph V Cronin, James P Gianellis, Maria Yanakopoulos, Brian Kelly, Robert R Hamel Jr, Hamel Marcin Dunn Reardon & Shea PC, Mark Wang, Stanley Wang, Andrea W McCarthy, Anthony Gully, Margaret Hegarty, Annette C Benedetto, Douglas S Brown, Juliana DeHaan Rice, David Christini, Susan M Donnelly, Murphy & Riley, Joseph A King, Susan D Murphy, Margaret M Abruzese, Carol A Griffin, Donna McDonough, Michael H Bunis, Choate Hall & Stewart, Kathleen M Genova, Robert M Buchanan Jr, Choate Hall & Stewart, Kenneth W Luke, Pamela Coveney, Disability Law Center, Blue Cross and Blue Shield of Massachusetts, Inc, Pamela Coveney, Sara A Walker, John Hancock Property and Casualty Insurance Co, David S McMahon, John J Joy, Matthew P Poppel, ISI Software, Michael Van Dang, Donnelly Conroy & Gelhaar, Andrew R Horne, Peter Gelhaar, Douglas S Brown, U Mass Memorial Health Care, Inc, David F Hadlock, Jeffrey C Turk, Karen Schultz, George A Berman, Andrea F Nuciforo Jr, Deirdre M Giblin, Russell F Conn, Maria E DeLuzio, Michael J Power, Conn Kavanaugh Rosenthal Peisch & Ford LLP, Laurence M Starr, Ronald L Brandt, Mintz Levin Cohn Ferris Glovsky & Popeo, PC, MD Michael J Gill, Wayne P Godin, Michael S Gardener, Gerald T Anglin, Tommasino & Tommasino, Acheson H Vallaghan, Kenneth W Salinger, Willard Stievater, McCullough, Stievater & Polvere, Federal Home Loan Mortgage Corp, Daniel J Mckenzie, John T Prescobb, Jill M Bradley, Stephen S Gray, Mark P Harmon, DLC Management Corp, JPMorgan Chase, Mark N Berman, Christopher R Mirick, Benjamin K Golden, Jessica L Frattaroli, Ricardo Brandon Rios, Joel J Feldman, William J Dailey, III, Dana Farber Cancer Institute, Capitol Grille of Boston, Inc, Brian P Voke, Charles K Mone, Ultimate Parking, Inc, Peter D Feeherry, Kathryn Cook, Karen A Glasgow, Charles Lyons, Catherine E Sullivan, John P Zanini, Joseph S Berman, Michael J Gill, Kevin P Kerr, Mario Myrthil, Evan Meredith, Methunion Manor Cooperative Corp, John Jorritsma, Mark Alan Perkins, Marygrace Neal, Gerald F Moore, Jane A Sullivan, Yield10 Bioscience, Peter Keenan, Amy M McCallen, Kimberly C Nuzum,

## COMPLAINT

(1)     The court has subject matter jurisdiction over this matter under 18 USC § 1331.

(2)

(a)     Tilting windmills, Friedrich Lu is *The Mouse That Roared, The Little Engine That Could.*

(b)     This historic case does not write from a clean slate -- history in that in the millennium-worth of (Anglo-American, including Commonwealth of Nations) common law, *no one* (let alone a sovereign) was reported for judicial corruption of such a scale, nature, depth (or height), breadth or duration.

(c)     So, literally and figurally, in fact and in law, we are "to boldly go no man has gone before!"

(d)     Here, absolute liability was established on the part of the United States one uncontested motion in each of

• *Lu* v *Young*, CA3 No 23-2486 (ECF No 34: *Supplemental Motion to Appoint Special Master*, dated Dec 2, 2023), and

• *Lu* v *Comcast Cable Communications, LLC*, CA3 No 23-3135 ECF No 28 *Motion to Appoint Special Master and Default* dated Feb 16, 2023 and ECF No 31 (Feb 18, 2024 certificate of service, on United States, of preceding motion), ECF No 30 (letter to clerk, dated Feb 18, 2024).

(e)     Her liability will cast a long shadow throughout the case at bar, practically dooming all defendants as a result. Common sense dictates that she not be excLu any ded from this case (as a nonparty). Indeed she is an indispensable party under Fed Rule Civ Proc 19, so is United States Attorney General Merrick Garland (in official capacity; see ¶ 5, *infra*).

(3)     All defendants (but not counsel if they happened to be government employees) listed in the body of the *Complaint* are sued in individual capacity (unless specified otherwise) and those in Addendum sued as civilians/ private citizens -- even if they work or might have worked for governments in the pertinent times.

(4)     This lawsuit does not seek to overturn any of the underlying cases shown in Addendum (though successful prosecution necessarily entails that outcome as a byproduct. Rather, the

objective of the instant action is to establish and assess damages of judicial corruption for cases listed in the body and Addendum of the *Complaint*. Afterwards, Lu will return to each underlying case to obtain jury verdict for damage.

(5)     Count One 18 USC § 1962(d) (RICO conspiracy; applicable to all defendants including nominal ones). Both the United States and Garland are nominal: Nothing is demanded of either. For this reason, this suit will have no impact on issue or claim preclusion in a future suit on either. If the United States moves successfully to intervene in this suit as real party in interest, she will be a bona fide defendant.

The predicate act is 18 USC § 1503 (obstruction of justice) when applicable.

The RICO enterprises are: United States Department of Justice (DOJ); Massachusetts SJC; US Dist Ct (D.Mass); CA1; US Dist Ct (E.D.Pa).

(6)     Count Two  5 USC § 552(a)(6)(A)(ii): Garland is sued in official capacity for failure to decide appeal under Freedom of Information Act within 20 business days.

(7)
(a)     For almost three decades, DOJ has endeavored to deny Lu any government service (except homeless shelter in Boston).

(b)     To that end, DOJ employees have subjected Lu under constant surveillance (besides tailing): hacking; installing spyware at computers, intercepting (both without a warrant), disclosing using content of email accounts. Armed with the information so obtained in real time, they take countermeasures to Lu's detriment:

• shutting down all avenues to petitioning the Government for a redress of grievances and • • •

• colluding with the other two branches of federal government and with branches of Massachusetts and Pennsylvania, which have led to amalgamation of branches of the former plus of federal-state entities.

(8)

(a)      The employees who procured or participated in the activities are:

• United States Attorneys for District of Massachusetts: Donald K Stern (1993-2001), Michael J Sullivan (2001-2009), Carmen M Ortiz (2009-2017), Joshua S Levy (2023- ; acting).

• special agent in charge of the Boston Field Office Kenneth W Kaiser (2003-2006), Warren T Bamford (2007-2010), Richard C DesLauriers (2010-2013), Vincent B Lisi (2013-2015), Harold H Shaw (2015-2019), Joseph R Bonavolonta (2019 - 2023), Jodi Cohen (2023- )

• United States Attorney for Northern District of Illinois Patrick J Fitzgerald (2001-2012)

      Levy and Cohen are also sued in official capacity.

(b)      Count Three  18 USC § 1030(e)(8)(damage) and (g)

(c)      Count Four 18 USC § 2520

(d)      Count Five: 18 USC § 2707

(e)      Count Six: *Bivens* action (unreasonable seizure under Fourth Amendment of effects including but not limited to electronic information, postal mail and belongings)

(9)      To this end, DOJ recruited the following, almost all of whom have, not just no question asked, embraced whatever requested (by DOJ) as patriotic call of duty, coupled with fervor and righteousness as if doing God's work. The few (request) recipients were sidelined who expressed concerns.

• First Circuit judge Levin H Campbell, Michael Boudin, Gustavo A Gelpí

• US Dist Ct (D.Mass.) judges: Rya W Zobel, Douglas P Woodlock, Richard G Stearns, Edward F Harrington

• justices of Supreme Judicial Court of Massachusetts: Herbert P Wilkins (1972-1999), Martha B Sosman (2000-2007), John M Greaney (1889-2008), Margaret H Marshall (1996-2010), Judith CA Cowin (1999-2011), Roderick L Ireland (1997-2014), Fernande RV Duffly (2011-2016),

Robert J Cordy (2001-2016), Francis X Spina (1999-2016), Geraldine S Hines (2014-2017), Margot Botsford (2007-2017), Barbara A Lenk (2011-2020), David A Lowy (2016-2024), Elspeth B Cypher (2017- ), Frank M Gaziano (2016- 2024), David A Lowy (2016- ), Scott L Kafker (2017- ), Dalila Argaez Wendlandt (2020- )

• Secretary of Commonwealth William F Galvin

• MassDOT / MBTA general counsel John T Englander (2015-29017), Marie Breen (2017-2023), Douglas M McGarrah (2023- )

• Suffolk district attorney Ralph C Martin II (1992 - 2002), Rachael E Rollins (2019-2022), Kevin R Hayden (2022- )

• attorney general of Massachusetts  L Scott Harshbarger (1991 - 1999), Maura T Healey (2015 - 2023), Andrea J Campbell (Jan 2023- )

• Police Commissioner and Chief of Boston Police Department: Paul Francis Evans, Jr (1994 - 2003), Kathleen M O'Toole (2004 - 2006), Edward F Davis III (2006 - 2013), William B Evans (2014 - 2018), William G Gross (2018 - 2021), Michael A Cox (2022- )

• MIT presidents Leo Rafael Reif (2012-2022); senior council Jamie Lewis Keith (1999-2006); general counsel Mark C DiVincenzo (2015- )

• Harvard president Lawrence H Summers (2001-2006), general counsel Anne Taylor ( -2002), Robert W Iuliano (2003-2019)

• Boston University president Robert A Brown (2005-2023), Boston University general counsel Erika Geetter (2013- )

• Boston College president William P Leahy, general counsel Joseph Herlihy (1998-2021)

(10)

(a)      The hallmark of DOJ's relentless legal campaign against Lu has been straight to judge chambers, enlisting chief judge of a court from which clerk and associate judges willing to do the bidding flow.

(b)      Ever since 1995 when Lu filed his first federal case, none of the district judges assigned to his case in District of Massachusetts has been randomly assigned. Successive chief judges and clerks -- the sitting clerk is Robert M Farrell (2013- ), his predecessor being Sarah A Thornton -- of that court have manipulated the assignment so that an occasional associate justice or magistrate judge unwilling to bend to the prevailing wind would not be assigned (to Lu).

(c)      The same has happened in US Dist Ct (E.D.Pa) where chief judge **Juan R Sánchez** -- in his administrative function and along with clerk George V Wylesol -- assigned two cases of Lu's to corrupt judges who then set out to destroy the cases.

(11)

(a)      flashback: Unaware of who they were, Lu sued in his first federal case of judicial corruption in Massachusetts state courts (*Lu* v *Hadlock*, US Dist Ct (D.Mass.) No 95-cv-12041 attorney Cameron F Kerry and law firm Pasternak Blankstein & Lund (successor: ArentFox Schiff). Lu soon learned that the attorney was the younger brother of the junior senator John F Kerry, and asked DOJ's Boston offices to look into facilitation, if any, of senator Kerry. Soon afterwards, Lu also read that a founder (Erik Lund) of the law firm married then circuit judge Sandra L Lynch, who has since always ruled against Lu, albeit repeated motions to disqualify her in various appeals. Lu's nightmares follow: Among other things, Massachusetts sentenced Lu to maximum sentence for trespass (by being in his home; no appeal allowed since a quarter of century ago) and, in another criminal proceeding, state's psychiatric ward to evaluate his ability to stand trial, notwithstanding recognition of ability to represent himself and United States Supreme Court's previous decision that the two criteria were same.

(b)     Time and again, DOJ has instigated state law enforcement agencies and district attorneys to file trumped up charges against Lu, none of which Lu was allowed issuance of subpoenas on his behalf by state court clerks. The latest refusals were by clerk Christopher E Phillips and his first assistant clerk Sheila F Lawn in Boston Municipal Court (Brighton Division) Nos 2108CR152 and 2208cr442.  That criminal proceeding went forward, after DOJ made false charges against Lu, skipped procedural due process (hearings before state magistrate judges to dissuade them from moving criminal proceedings forward) and then called two Boston police officers from Area D14 (Brighton) to come to Area D4 (Back Bay) to catch Lu unaware, on two purported outstanding warrants. In the process, the two officers (Benjamin Katz and Isabel Sweet) discarded Lu's personal effects (carry-on and in pockets) at the scene in spite of Lu's pleadings to take in the belongings.

Count Seven 42 USC §  1983: in violation of Fourth (unreasonable seizure of properties) and Fourteenth (due process and equal protection clauses) Amendments to federal constitution.

(c)     The latest for DOJ to withhold police protection is to instruct Boston detective Jeffrey C Cecil to sit on time-sensitive tips from Lu about home address of one who robbed Lu violently

(12)

(a)     DOJ followed Lu everywhere for decades. When Lu went in Congressional delegation offices, agents went straight into the inner sancta to request them not to assist Lu, while Lu waited in the lobby.

(b)     DOJ and senators from Massachusetts together devised litmus tests for potential nominees of federal judiciary to assess willingness to dismiss Lu's claims in courts: To qualify, Myong J Joun, a state court judge sitting in Brighton Division heard the civil action against Lu by

• inviting prosecution to sit in (courthouse was closed due to Covid-19);

• conspiring to have DOJ delete an affidavit (which served as complaint, and which clerk's office had emailed Lu at his request) after (DOJ's) breaking into Lu's email account;

• anonymously directing Lu's orders of tape recordings of proceedings;

• opening door for sham criminal proceedings described in ¶ (11)(b) supra.

(c)      After doing all tricks, the loyal Joun passed the muster and twice nominated for federal judgeship (senate did not act on the first one for a year; the second nomination was successful).

(d)      Senators Elizabeth A Warren and Edward J Markey have Nancy Gertner as the point person to extract pledges against Lu, before nomination, from future district judges Denise J Casper, Indira Talwani, Leo T Sorokin, Allison D Burroughs and Joun. Gertner was brought into the fold during her federal judgeship. After retirement from that post, she and her husband, an attorney named John Reinstein, carried on the torch against Lu. In a twist of fate, Lu once sought help from the husband to unlock the mystery about tormentors.

(13)      After and only because Lu filed motion for leave to file amicus brief together with the brief (consisting of two  papers dated May 17 and 26, 2023) against defendants John B Wilson Jr and Gamal Abdelaziz in *United States* v *Colburn*, US Dist Ct (D.Mass.) No 19-cr-10080, DOJ out of spite not only combined with that court and clerk to not docket the brief (for which chief judge Saylor and clerk Robert M Farrell are sued for magisterial function) but reached across the aisle to defendants and their attorneys (Michael Kendall of White & Case, LLP and Brian T Kelly of Nixon Peabody LLP, respectively) to conspire with Sorokin, J, to dismiss the case. Armed with the booty, Wilson sued on Mar 4, 2023: *Wilson* v *Netflix, Inc*, Barnstable Super Ct No 2472CV00092.

(14)

(a)      In *Lu* v *Castillo*, US Dist Ct (D.D.C.) No 22-cv-3683, district judge Jia M Cobb made an entry of ECF No 18 (Feb 6, 2023) and moved it ahead of DCF No 17 (dated Feb 7, 2023) -- to

make it appear that No 18 predated No 17. This is cleric function and Cobb J does not have absolute immunity. In Mar 16, 2023, Lu mailed his claim under 28 USC § 2672 to Roslynn R Mauskopf, Director of Administrative Office of United States Courts and received no response.

(b)        In *Carroll* v *Trump*, CA2 No CA2 No 20-3977 DOJ conspired with Second Circuit chief judge Debra Ann Livingston and clerk Catherine O'Hagan Wolfe, coordinating with United States Attorney for Southern District of New York A Damian Williams Jr, to prevent Lu's amicus briefs from being docketed for three months, until the case was decided.

(c)        United States Attorney for Eastern District of Pennsylvania Jacqueline C Romero was a messenger (probably a special envoy of Garland, met on the sidelines with judges (at minimum Sánchez, John Milton Younge, and R Barclay Surrick) in US Dist Ct (E.D.Pa.) to persuade them to join the crusade against Lu.

Romero, her civil chief Gregory B David, and assistant United States attorney Mark J Sherer then participated in wire fraud where February 9, 2024 emails from Executive Office of United States Attorneys purported to supply a password so that Lu might file a FOIA request electronically with the Executive Office did not contain the password (Lu reminded Executive Office that there was no password in vain), and therefore Lu could not make the request.

(15)      Lu can not overemphasize that DOJ read Lu's emails and proactively reaches out to Lu adversary, real or potential, to offer a hand in defense and have case dismissed once filed.

(a)        On or about Aug 15, 2021, Lu went to One Washington Mall in Boston to recycle electronics in Staples. Upon entry, a man in street clothes without identifying himself signaled Lu to get out. Lu told the man that he was there to recycle electronics, and moved past him. The man apparently summoned help and an employee of Staples rushed out to order Lu out. Just outside the store while in the premise of the mall, the man provided have a false name and

falsely claimed to be a special police officer certified by Boston. The man was later said to be an employee of the mall owner The Georgetown Company LLC. Subsequently Lu went to Area A1 police station to file a police report, but two officers there expel Lu. Lu made a request for public record as to identify of the two officers, and Shawn Williams, record access officer of City of Boston, refused, asserting the request was a question, not request for record.

Count Eight 42 USC § 1983: in violation of Fourteenth Amendment (due process clause) against Georgetown and Williams

Count Nine fraud under Massachusetts common law

(b)    Limited to Endodontics, Inc, Steven M Corliss, Peter H Velyvis, Emina Zaganjori Kelly (hereafter LTE) misplaced a check Lu had submitted as a patient for a dental visit, lied to Lu that its bank had misplaced check(s), and asked Lu to replace the check. A demurring Lu, relying on LTE's statement, directed LTE to address the issue to its own bank, not Lu. LTE retaliated by voting among its shareholders to disenfranchise and debar Lu. Lu's demand letter under Mass Gen Laws chap 93A, § 9 (Consumer Protection Act) asked LTE to reverse the decision, not least because LTE had promised to defray or set off root canal cost by the amount of the check. The letter was ignored.

Count Eleven Mass Gen Laws chap 93A, § 9

Count Twelve fraud under Massachusetts Common law

Count  Thirteen breach of contract under Massachusetts Common law

(c)    On June 7, 2021 Lu emailed Maureen Feeney -- city clerk of City of Boston and ex officio, agent to receive process for certain city officials --  to make an appointment to have process served on her. City hall was closed to the public during the Covid-19 pandemic and appointment was needed and granted. Her inaction rendered Lu unable to have process served.

Count Fourteen 42 USC § 1983: violating Fourteenth Amendment (due process and equal protection clauses) to the federal constitution)

(d)      Boston Public Health Commission not just reduced beds by about half around January, last year but later withdrew the second floor for special use. Ordinary homeless people (such as Lu) can not access that floor (except a TV room at certain hours). Lu was once assigned to a bed on that floor but in the middle of the night, Willie Butler removed Lu for no reason that Lu had "no right to be anyway." Lu appealed the decision to Wilbert Wilson, citing constitutional right, who laughed off the notion with Butler.

(e)      Maria Robles refused to provide information under state's public record law.

Count Fifteen: All three are sued under 42 USC § 1983 in violation of Fourteenth Amendment (due process) to federal constitution.

(f)      On Nov 9, 2021 Lu was battered in Boston. Ryan A MacLean (Massachusetts state trooper), Christopher J Noone (Paralegal Specialist), Michael B Halpin (Special Counsel to the Colonel of Massachusetts Department of State Police), and Jennifer M Staples (Chief Legal Counsel 2020- ) colluded with DOJ to deny Lu the police report, a public record.

(16)
(a)      Joseph M Lee of Classic Cleaning Co, Inc invariably dispose of clients trash in the disguise household trash, foisting disposal cost from clients on City of Boston. Years ago, Lu reported the practice to Steven Tankle, Director of Code Enforcement, who disclosed Lu's identity and the information to Lee. Tankle, Lee, Lee's decadeslong employee Jesús __ and trash hauler together designed a scheme to retaliate against Lu, including destruction of Lu's property.

Count Sixteen Mass Gen Laws chap 12, §§ 5A-5O (Massachusetts False Claims Act; against Lee, Classic Cleaning Co, Inc, Jesús and son)

Count Seventeen 42 USC § 1983 (violating Fourteenth Amendment )due process) to federal constitution

(b)     When Jesús son plunged a knife a foot before Lu for assault, Lu told the son, an on-and-off employee of Lee's, that he (Lu) would go to Boston police. Jesús told his son not to worry as DOJ covered their back.

(c)     A year ago Jesús converted a round plastic bin of Lu's for his own use.

Count Eighteen  conversion under Massachusetts common law.

(17)    On Dec 22, 2023 William Enright without right threw away Lu's belongings.

Count Nineteen  conversion under Massachusetts common law

(18)
(a)     Cardinal Seán Patrick O'Malley is archbishop, and Francis J O'Connor, general counsel, of the Archdiocese of Boston. Both preapproved collusion with DOJ and judges of state and federal courts -- in *Lu* v *LaFrazia,* Boston Municipal Court No 2001CV000632 and *Lu* v *Budd*, US Dist Ct (D.Mass.) No 21-cv-10352.

Count Twenty 42 USC § 1983 (collusion with state judges and clerks in violation of Fourteenth Amendment (due process) to federal constitution

(b)     Robert P Powers, managing partner of Melick & Porter, LLP authorized the same collusion in two cases where Trustees of Tufts college were defendants.

(c)     Long ago, against Lu DOJ recruited Marie R Breen (2017-2023), MassDOT / MBTA general counsel, who, among other things (including collusion with judges), wholesale blocked release of MBTA police reports (despise being public record under Mass Gen Laws chap 66, § 10) depriving Lu as victim of rights secured by First (access to court) and Fourteenth (due process) Amendments to federal constitution, which is Count Twenty One.

(19)     A bit more than a year ago, MBTA just shut down the Orange Line, uprooted and replaced the entire track and everything that went with it. Ever since, MBTA keeps closing the same line to maintain track or signal system.

Count Twenty Two  fraud under Massachusetts common law

(20)     In *Lu* v *Comcast Cable Communications, LLC*, CA3 No 2303135 attorney falsely declared that he emailed Lu a copy of *Motion to File Supplemental Appendix*.

Count Twenty Three  wire fraud (a predicate act of RICO)

(21)     In *Lu* v *Young*, descendants (BPHC and its officers) and their counsel (Mark A Hipple and Gregory R Archibald of McNees Wallace & Nurick LLC) made false statements whenever they claimed courts have no personal jurisdictions either because defendants were not served with process or because they lack minimal contact with Pennsylvania: eg, the June 14, 2023 *Motion to Dismiss* in US Dist Ct (E.D.Pa.) No 23-cv-1239, the June 26, 2023 *Motion to Dismiss Appeal* in CA3 No 23-1845, and Feb 2, 2024 *Reply Brief* in CA3 No 2496.

Count Twenty Four: wire and mail fraud

Plaintiff:       Friedrich Lu, pro se
Date:            March 15, 2024
Email address:chi2flu@gmail.com
Address:        % St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112

# ADDENDUM

**United States District Court**

• *Lu* v *Young*, US Dist Ct (E.D.Pa.) No 23-cv-1239: Jane E Young, United States, Catherine O'Hagan Wolfe, and George V Wylesol, Joe H Tucker Jr, Leslie Miller Greenspan, Tucker Law Group, LLC, Lynn R Charytan, Alycia Horn, Comcast Cable Communications, LLC (counsel David J Carcamo et al), Bisola Ojikutu, Timothy J Harrington, Batool Raza, Whitney C Pasternack, Boston Public Health Commission (counsel Mark A Hipple, Gregory R Archibald, McNees Wallace & Nurick LLC), Mark L Wolf, Walter T Mitchell, Jahad Hasan, Eric T Donovan, David T Donnelly, Steven Tankle, and Jeffrey A Locke (collusion with Younge, J)

• *Lu* v *Kastner*, US Dist Ct (D.Mass.) No 23-cv-10951: Paul V Kastner, Kastner Realty Trust, William Enright (counsel Brian F Welsh of Fuller Rosenberg Palmer & Beliveau LLP), and Jody L Goodman Dinan (collusion with Burroughs, J); on appeal CA1 No 23-1731

• *Lu* v *George*, US Dist Ct (D.Mass.) No 23-cv-10144: Jason Chaka George (collusion with Sorokin, J)

• ***Lu*** v ***Castillo*, US Dist Ct (D.D.C.) No 22-cv-3683**: Julio A Castillo, Anna Blackburne-Rigsby, Roslynn R Mauskopf, David J Barron, Jeffrey R Howard, and Joseph N Laplante (counsel Matthew M Graves, Sian Jones; collusion with Cobb, J); on appeal CADC No 23-5011 (counsel Brian P Hudak; collusion with Pillard, Childs and Sentelle, JJ)

• *Lu* v *Comcast Cable Communications, LLC*, US Dist Ct (E.D.Pa.) No 22-cv-3633: Comcast Cable Communications, LLC (counsel Leslie Miller Greenspan and David J Carcamo of Tucker Law Group, LLC ; collusion with Surrick, J)

• *United States* v *Joseph*, CA1 Nos 20-1787 and -1794 Shelley M Richmond Joseph (counsel Thomas M Hoopes, Douglas S Brooks, Elizabeth N Mulvey, Libby Hoopes Brooks and Mulvey, PC) (collusion with Lynch, Thompson and Kayatta, JJ)

• *Lu* v *Saylor*, US Dist Ct (D.Mass.) No 22-cv-11106: F Dennis Saylor IV, Jon David Levin, Patti B Saris, Lance E Walker, Karen Frink Wolf, Denise J Casper, Indira Talwani, Leo T Sorokin, Allison D Burroughs, Senior District Judges William G Young, Mark L Wolf, George A O'Toole Jr, Marianne B Bowler, Judith G Dein, Jennifer C Boal, David J Barron, Sandra L Lynch, O Rogeriee Thompson, William J Kayatta Jr, Bruce M Selya, Kermit V Lipez, Jeffrey R Howard (counsel Jane E Young, Michael McCormack, Anna Dronzek), Timothy J Harrington (counsel Whitney C Pasternack), Kimberly S Budd, and Serge Georges Jr (collusion with Laplante and Barron JJ)

• *Lu* v *Laprocina*, US Dist Ct (D.Mass.) No 21-cv-11493: Paul N Laprocina Jr, Michael J. Lepizzera Jr, Scott K DeMello, Karlene Hall, Lepizzera and Laprocina, Kurt G Stenhouse, Christopher M Anderson, TS Land Trust LLC (counsel Rosemary A Traini and Scott K DeMello), Roberto Ronquillo, Jr, Thomas C Horgan, Robert J McKenna, John E Garland, Sally A Kelly, Daniel J Hogan, Mark C Concannon, Patty Wong-Murphy, Christopher Storm, Daniel M Lee, Morrison Mahoney LLP (counsel Christopher C Storm), Purchase America, Inc and Armada Waste MA II, LLC, Albertsons Companies, Inc, Star Market, Inc, Robert George Young II, and Bowditch and Dewey, LLP, Robert D Cox, Jr, David Taylor, Matt VP McTygue, Elizabeth H Kelly, and Locke Lord LLP (counsel Daron L Janis of Locke Lord LLP) (collusion with magistrate judges Rich and Karen Frink Wolf; Levy, J); on petition for mandamus CA1 No 22-1324

• *Lu* v *Ugnumba*, US Dist Ct (D.Mass.) No 21-cv-10516: Boodie Ugnumba, G4S Secure Solutions (USA), Inc, Melanie Lima, and Trustees of Boston Public Library (counsel John A Fahey and Nicole M O'Connor)  (collusion with Casper, J)

• *Lu* v *Budd*, US Dist Ct (D.Mass.) No 21-cv-10352: Kimberly S Budd, Mark V Green, Paula M Carey, Serge Georges Jr, Beverly J Cannone, Myong J Joun, David T Donnelly, Eleanor Sinnott, Mark H Summerville, Eric T Donovan, Paula Woodley, Walter F Timilty, Roberto Ronquillo, Jr, Thomas C Horgan, Daniel J Hogan, Mark C Concannon, Patty Wong-Murphy, Robert Murphy, Joslin Ham Murphy, Bernard Greene, Nancy S Heller, Heather Hamilton, Raul Fernandez, John VanScoyoc, Melvin Kleckner, Sara Slymon, Town of Brookline, David Fredette, Shawn A Williams, Jeffrey Driscoll, Jose Araujo, Christopher Vazquez and Joel Flores, court security officer with badge number 207, Daniel P Sullivan, Rebecca S Murray, Andrew Ghobrial, Evan Meredith, Methunion Manor Cooperative Corp, Denise O Salters, Cynthia B Hartman, Mark P Daly, MPD Law, LLC, Karen LaFrazia, Saint Francis House, Inc (counsel Elizabeth H Kelly of Locke Lord LLP), Roman Catholic Archbishop of Boston, Robert George Young II, Robert D Cox, Jr, Bowditch & Dewey, LLP, Joseph C Ferreira, Robert L Jubinville, Marilyn M Petitto Devaney, Christopher A Iannella, Eileen R Duff, Paul DePalo and Mary E Hurley, Amy B Bratskeir, Julie Ciollo (collusion with Saylor, J); on appeal CA1 No 21-1647

• *Lu* v *Clarke*, US Dist Ct (D.Mass.) No 20-cv-12010: James R Clarke, Mary Regan, Maura A Hennigan, Joseph Stanton (counsel Erica Morin), Robert L Sheketoff, James L Sultan, Charles W Rankin, Matthew Divris, Thomas A Turco, III, and Carol A Mici (collusion with Talwani, J)l on appeal CA1 No 21-1245 (collusion with Lynch, Kayatta, Barron, JJ)

• *Lu* v *Greene*, US Dist Ct (D.Mass.) No 20-cv-10421: Bernard Greene, Benjamin Franco, Nancy S Heller, Heather Hamilton, Raul Fernandez, Melvin Kleckner, Joslin Ham Murphy, Sara Slymon, Roy Mackenzie, and Town of Brookline (counsel Joslin Ham Murphy; collusion with William G Young, J); on appeal CA1 No 20-1827 (collusion with Thompson, Selya, Barron, JJ)

• *Lu* v *Stanton*, US Dist Ct (D.Mass.) No 20-cv-10366: Joseph Stanton, Lena Wong, Julie Goldman, Paul Tuttle, Ann Thomas, Patricia Ryle, Nancy Martins, Walter F Timilty, Mark V Green, C Jeffrey Kinder, Massachusetts Court System (counsel Andrew J Haile) and For The Record, Inc (counsel Gareth W Notis of Morrison Mahoney LLP; Monika Zarski of Jackson Lewis PC at White Plains, NY)   (collusion with magistrate judge Dein); on appeal CA1 No 20-1842 (collusion with Howard, Thompson, Barron, JJ)

• *Lu* v *Kamel*, US Dist Ct (D.Mass.) No 19-cv-11681: Ziad Kamel (collusion with Burroughs, J); on appeal CA1 No 20-1111 (collusion with Torruella, Lynch, Thompson, JJ)

• *Lu* v *Carrasco*, US Dist Ct (D.Mass.) No 20-cv-10031: David Carrasco, Willard J Boulter III, David J O'Connor, Massachusetts Institute of Technology (counsel Samuel R Gates and Scott A Roberts of Hirsch Roberts Weinstein LLP), and Christopher Samuel (counsel Paul S Kawai) (collusion with magistrate judge Dein); on appeal CA1 No 20-1842 (collusion with Howard, Thompson, Barron, JJ)

• *Lu* v *Davis*, US Dist Ct (D.Mass.) No 19-cv-11968: Kevin Davis, Tyler Ostholthoff, Gregg Taylor, ABM Janitorial Services Northeast, Inc (counsel William P McGovern), Irwin Driggs, Sarah St Pierre, Sonia L Skinner, Frank DePaola, Luis Manuel Ramírez, Steve Poftak, Massachusetts Bay Transportation Authority (counsel Amy B Bratskeir), David S Mackey, Christina Marshall, Nina Pickering-Cook, Anderson & Kreiger LLP (counsel Christina S Marshall of Anderson & Kreiger LLP), Stephanie Pollack, Dominic Blue, Ruth Bonsignore, Brian Lang, Dean Mazzarella, Steve Poftak, Joseph Sullivan, Betsy Taylor, Representatives at CharlieCard Support Services, Ralph D Gants, Mark V Green, and Paula M Carey (counsel

Phoebe Fischer-Groban) (collusion with Saris, J); on appeal CA1 No 21-1306 (collusion with Thompson, Kayatta, Narron, JJ), on further appeal after remand CA1 No 1598 (collusion with Kayatta, Howard, Gelpí, JJ)

• *Lu* v *Capitol Waste Services, Inc*, US Dist Ct (D.Mass.) No 19-cv-11458: Capitol Waste Services, Inc (counsel Thomas M Elcock of Prince Lobel Tye LLP), Capitol employees 1 and 2, City of Boston (counsel John A Fahey), Boston police officer (badge No 1311), police officer (8930), police officer (211), Boston Public Works Department worker (riding vehicle with Mass license plate MB 721), Public Works Department worker (riding vehicle with Mass license plate MB 785) (collusion with Saylor, J)

• *Lu* v *Mills*, US Dist Ct (D.Mass.) No 19-11195: Susan Mills, Tent City Corp (counsel Jeffrey C Turk), Thomas Gaughan, III (counsel Brendan J Gaughan and David A Goldman of CMBG3 Law LLC), and Longwood Security Services, Inc (collusion with William G Young, J)

• *Lu* v *Sprague*, US Dist Ct (D.Mass.) No 18-cv-12544: William Sprague, Nancy Mahan, Kevin P Kerr, Patricia Armstrong, Gina Cohen, Crystal Carrington, Yudelkys de Los Santos and Jennifer Staples, Bay Cove Human Resources, Inc, Kevin Michael Magoon, Anthony S Owens, Sandra L Ehlinger, Anthony J Rizzo and district attorney Daniel F Conley, John Jorrisma, TS Land Trust LLC, Scott K DeMello, Lepizzera and Laprocina, Paul N Laprocina Jr, Michael J Lepizzera Jr, Coleen Palmisano (collusion with Lance E Walker, J of District of Maine)

• *Lu* v *Gamboa-Ruiz*, US Dist Ct (D.Mass.) No 18-cv-10105: Marielena Gamboa-Ruiz, and Trustees of Tufts College (counsel John Wheatley of Melick & Porter, LLP); collusion with Talwani, J)

• *Lu* v *Frates*, US Dist Ct (D.Mass.) No 17-cv-10518-PBS: Timothy Frates, Julie Wilder, Jason McGrane, Richard Curtin, and Suffolk County Sheriff's Department (collusion with Saris, J)

• *Lu* and *United States rel Lu* v *Samra*, US Dist Ct (D.Mass.) No 17-cv-10119: Raman Samra, Trustees of Boston University (counsel Lisa A Tenerowicz), and Trustees of Tufts College (collusion with Talwani, J); on appeal CA1 No 18-1213 (collusion with (Howard, Torruella, Lynch, Thompson, Kayatta, Barron); cert denied S.Ct. No 20-5228

• *Lu* v *Niles*, US Dist Ct (D.Mass.) No 16-cv-12220 (counsel Timothy J Harrington; collusion with Saylor, J)

• *Lu* v *Smith*, US Dist Ct (D.Mass.) No 15-cv-14081: Diane Smith, Thomas G Robbins, Trustees of Boston University (counsel Lisa A Tenerowicz), Jane Doe, Nicole M O'Connor, City of Boston (collusion with Casper, J); on appeal

• *Lu* v *Conley*, US Dist Ct (D.Mass.) No 15-cv-13576: Daniel F Conley (collusion with Talwani, J); on appeal CA1 No 17-1078 (collusion with Torruella, Kayatta, Barron, JJ)

• *Lu* v *Dalton*, US Dist Ct (D.Mass.) No 15-cv-13349: Brian G Dalton, Steven W Tompkins (counsel Kathleen M Cawley), Fairfield Real Estate Management Corp (counsel John L Tobin), Frederick E Fairfield Jr, Heather L Fairfield, John L Tobin, Lester Blumberg, R Brandon Rios, Benjamin Golden, Commonwealth of Massachusetts (counsel Jesse M Boodoo. Abigail L Fee, Liza J Tran), Supreme Judicial Court, John Doe, Lynda D'Andrea, Omar McGovern, and Trustees of Tufts University (counsel John Wheatley) (collusion with O'Toole, J)

• *Lu* v *Doe*, US Dist Ct (D.Mass.) No 15-cv-13344 John Doe (collusion with magistrate Bowler and Saris, J)

• *Lu* v *Downie*, US Dist Ct (D.Mass.) No 15-cv-11558: Lyndia Downie, Rosemary Cashman, Fred Lee, Shaughnessy Charbonneau, Pine Street Inn, Rachel E Muñoz, Morgan, Brown & Joy LLP (counsel Colin R Boyle of The Towne Law Firm, PC at Albany, NY; counsel Leigh Campbell Joyce of Baird Holm LLP at Omaha, NE) (collusion with O'Toole, J)

• *Lu* v *Walsh*, US Dist Ct (D.Mass.) No 15-cv-10920: Martin J Walsh, William F Sinnott, Eugene L O'Flaherty, Caroline O Driscoll, David Waterfall, Amy E Ryan, George Hulme, Berthé M Gaines, Donna M DePrisco, Angelo M Scaccia, James Carroll, Karyn M Wilson, Jeffrey B Rudman, Zamawa Arenas, A Raymond Tye, Evelyn Arana-Ortiz, Paul La Camera, Carol Fulp, Byron Rushing, Dennis Lehane, John T Hailer, Laura DeBonis, Boston School Committee, Boston Housing Authority, Boston Redevelopment Authority, Boston Public Health Commission, Trustees of Boston Public Library, John Dunlap, Paul Curran, Nicole M O'Connor, William McGonagle, Brian P Golden, Huy Nguyen, Julie Ciollo, Stephen Horgan, Brendan England, Thomas O'Donnell, Robert Ridge, Microsoft Corp, Google, Yahoo! Inc (collusion with Sorokin, J)

• *Lu* v *Baker*, US Dist Ct (D.Mass.) No 15-cv-10615: Charles D Baker, Jr (counsel Annapurna Balakrishna, Julia E Kobick), Lauren M Mitchell, Jones & Fuller Reporting, Inc, Stephen D Fuller (counsel John B Johnson of Corrigan Johnson & Tutor, PA), Michael O'Connor, G&M Court Reporters, Ltd, Mary Piccirilli (collusion with Saris, J)

• *Lu* v *The Canton Corp*, US Dist Ct (D.Mass.) No 15-cv-10088: Frederick E Fairfield Jr, The Canton Corp, Fairfield Real Estate Management Co, Albert Ogiste, Heather Lynn Fairfield, Anthony Walrond, Gina Cohen and Abdul Kamara (collusion with Burroughs, J)

• *Lu* v *Menino*, US Dist Ct (D.Mass.) No 14-cv-13053: Thomas M Menino, Martin J Walsh, William F Sinnott, Eugene L O'Flaherty, Caroline O Driscoll, David Waterfall, George Hulme, Berthé M Gaines, Donna M DePrisco, Angelo M Scaccia, James Carroll, Karyn M Wilson, Jeffrey B Rudman, Zamawa Arenas, A Raymond Tye, Evelyn Arana-Ortiz, Paul La Camera, Carol Fulp, Byron Rushing, Dennis Lehane, John T Hailer, Laura DeBonis, Boston School Committee (counsel Nicole M O'Connor), Boston Housing Authority (counsel Wilbur E Commodore), Boston Redevelopment Authority, Boston Public Health Commission (counsel Timothy J Harrington), Trustees of Boston Public Library (collusion with magistrate judge Bowler, Sorokin, J)

• *Lu* v *Hulme*, US Dist Ct (D.Mass.) No 12-cv-11117: George Hulme, Trustees of Boston Public Library (collusion with Mark L Wolf, J)

• *Lu* v *Boston College*, US Dist Ct (D.Mass.) No 12-cv-10326: Boston College (counsel John B Johnson), Dennis Bradbury, Dave Hassan, Chris Summa, Ian McClain, Longwood Security Services, Inc  (counsel Kevin M Riordan of Boyle Shaughnessy Law PC), WinnCompanies, Boston Housing Authority (counsel John Egan), Castle Square Tenants Organization (counsel Jacqueline L Allen), Brendan England, Stephen Horgan (counsel Dawn M Beauchesne, Julie A Ciollo, Nicole M O'Connor) (collusion with William G Young, J); on appeal by Boston police officers CA1 No 13-1673 (collusion with Lynch, Howard, Kayatta. JJ)

• ***United States ex rel Lu* v *Ou* CA7 No 03-3481 (collusion with Ponsner, Evans and Williams, JJ)**

• *Lu* v *MIT* US Dist Ct (D.Mass.) No 02-cv-11860: Massachusetts Institute of Technology (counsel Daniel G Cromack, Daryl J Lapp and Jordana B Glasgow of Locke Lord LLP, Tracy Anne Davis of Palmer & Dodge LLP), Willard J Boulter III, Orlando Tirella, CSU Task Force (collusion with Reginald C Lindsay, J); on appeal CA1 No 03-2188

• *Lu* v *Chang*  US Dist Ct (D.Mass.) No 01-cv-11384: Ching-Ju Chang, Pati A Holoran, John P Puleo, Hassan & Reardon, PC, Boston Municipal Court, Paul Mahoney, Sally A Kelly (collusion with Mark L Wolf, J)

• *Lu* v *Daher*  US Dist Ct (D.Mass.) No 01-cv-10078: E George Daher, Jeffrey M Winik, Robert L Lewis, Lawrence Pierce (counsel Cristopher O Quayle), Richard J Dwyer, Dennis F Sullivan, John C Clough, Peter W Agnes, Jr, Sarah B Singer, Joseph V Cronin, James P Gianellis, Maria Yanakopoulos, Brian Kelly (collusion with Rya W Zobel, J)

• *Lu* v *Abrams* US Dist Ct (D.Mass.) No 00-cv-12465: Ruth I Abrams, John M Greaney, Roderick L Ireland, Judith A Cowin (counsel Juliana DeHaan Rice and William E Reynolds); collusion with Zobel, J)

• *United States ex rel Lu* v *Harvard School of Dental Medicine* US Dist Ct (D.Mass.) No 00-cv-11492: United States (counsel Suzanne E Durrell, succeeded by Nancy Rue) defendants Harvard School of Dental Medicine (counsel John P Puleo and Robert R Hamel Jr of Hamel Marcin Dunn Reardon & Shea PC + Patti A Holloran of Hassan & Readon), Ching-Ju Chang, Mark Wang, Stanley Wang (collusion with Mark L Wolf, J); on appeal CA1 No 02-1420

• *Lu* v *Emergency Shelter Commission of City of Boston*  US Dist Ct (D.Mass.) 00-cv-10614: Emergency Shelter Commission of City of Boston (counsel Andrea W McCarthy; collusion with Harrington J); on appeal CA1 No 00-1839

• *Lu* v *Gully*  US Dist Ct (D.Mass.) Miscellaneous Business Docket No 98-nc-10494L Anthony Gully, Peter W Agnes, Ralph C Martin II and Margaret Hegarty

• *Lu* v *Harshbarger*  US Dist Ct (D.Mass.) No 97-12021: L Scott Harshbarger, Annette C Benedetto, Douglas S Brown (counsel Juliana DeHaan Rice; collusion with Woodlock, J); on appeal CA1 No 97-2269

• *Lu* v *Suffolk County*  US Dist Ct (D.Mass.) No 96-cv-12546: Suffolk County (counsel Annette C Benedetto)  (collusion with Saris, J); on appeal CA1 No 98-1943

• *Lu* v *Christiani* US Dist Ct (D.Mass.) No 96-cv-11257: David Christini, Susan M Donnelly, Murphy & Riley (counsel Joseph A King and Susan D Murphy of Murphy & Riley) + Margaret M Abruzese of Law Offices of Carol A Griffin)  (collusion with Stearns, J); on appeal CA1 No 97-1810

• *Lu* v *Ravida*  US Dist Ct (D.Mass.) No 96-cv-11253: Paul A Ravida, Donna McDonough, , Hong T Nguyen (counsel Michael H Bunis of Choate Hall & Stewart), Thuc V Nguyen, Chi Thuykim Nguyen, Nam South Nguyen, Tam Thi Ngo, Kathleen M Genova (counsel Robert M Buchanan Jr of Choate Hall & Stewart), Michael H Bunis, Choate Hall & Stewart, Kenneth W Luke (counsel Pamela Coveney of Disability Law Center), Blue Cross and Blue Shield of Massachusetts, Inc (Pamela Coveney and Sara A Walker of Blue Cross and Blue Shield of Massachusetts, Inc), John Hancock Property and Casualty Insurance Co (counsel David S McMahon), John J Joy (counsel Matthew P Poppel), ISI Software, Michael Van Dang, Donnelly Conroy & Gelhaar (counsel Andrew R Horne of Donnelly Conroy & Gelhaar), Peter Gelhaar, and John J Clough (counsel Douglas S Brown of U Mass Memorial Health Care, Inc)  (collusion with Keeton, J)

• *Lu* v *Hadlock*, US Dist Ct (D.Mass.) No 95-cv-12041: David F Hadlock, Jeffrey C Turk, Karen Schultz, George A Berman, Andrea F Nuciforo Jr, Pasternak Blankstein & Lund (counsel Andrea F Nuciforo Jr and Deirdre M Giblin of Pasternak Blankstein & Lund + George A Berman of of Peabody & Arnold LLP), Russell F Conn, Maria E DeLuzio, Michael J Powers (counsel Russell F Conn of Conn Kavanaugh Rosenthal Peisch & Ford LLP), Laurence M Starr (counsel Ronald L Brandt), Ronald L Brandt, Brandt Kramer & Figman, Cameron F Kerry, Richard Portal, Mintz Levin Cohn Ferris Glovsky & Popeo, PC, MD Michael J Gill, Wayne P Godin (counsel Cameron F Kerry and Michael S Gardener of Mintz Levin Cohn Ferris Glovsky & Popeo, PC), Gerald T Anglin, Tommasino & Tommasino (counsel Acheson H Vallaghan of Anderson & Kreiger, LLP

+ Kenneth W Salinger), Willard Stievater, McCullough, Stievater & Polvere (collusion with O'Toole, J); on appeal CA1 No 96-2243

**United States Bankruptcy Court**
*In re Ravida*, Chap 7 Debtor  Bankr.D.Mass. No 97-12041
• *Lu* v *Ravida* Bankr.D.Mass. adversary proceeding Nos 97-1338, 97-1347 Paul A Ravida, Federal Home Loan Mortgage Corp (counsel Daniel J Mckenzie), Tipton Graham, Pasquale Marcantuono, Kathleen Guerrette-Mitchell, Sandra M Connelly, John A Berretta, LouShann Turner, George M Jones, Darrell L McDougal, Daniel J Mckenzie, Lauren H Zises, Jeffrey M Winik, Camilla Duffy, Lisa B Weisman, Stephen A Adelson, Gary P Sanginario, James A Kelley, Martin A Loria, Adelson, Golden & Loria, First Commercial Corp, John T Prescobb, Mark P Harmon, Andrew S Harmon, Jacqueline White, Fleet Mortgage Corp, Alexis W Blood, Joseph G Albiani, Jill M Bradley, Barry C Adelson & Associates, Scott W Kramer, Barry C Adelson, Barry C Adelson and Associates, Max Moise, Donna McDonough, Dana L Connelly (collusion wit bankruptcy trustee Stephen S Gray and Carol J Jenner); on appeal BAP No 98-08, on appeal CA1 No 98-9006; on further appeal after remand CA1 Bap No MB 02-059 (collusion with de Jesus, Haines, Carlo, JJ; reported as 296 BR 278)
• *Lu* v *Berman*, Bankr.D.Mass. adversary proceeding No 01-1564: Mark N Berman, Christopher R Mirick, Hutchins, Wheeler & Dittmar, PC, Stephen M Adelson, Neil D Golden, Martin A Loria, Lisa B Weisman, Adelson, Golden, Loria & Simons, E George Daher, Jeffrey M Minik, Camilla Duffy, John T Prescobb, Mark P Harmon, Law Offices of Mark P Harmon, DLC Management Corp, Jacqueine White, Washington Mutual, FleetBoston Financial Corp, Alexis W Blood, Jill M Bradley, Scott W Kramer, Barry C Adelson and Associates, Max Moise, RE/MAX Landmark Realtors, Donna McDonough, Paul A Ravida, Ralph C Martin LL. John P Zanini, Charles Janes, Thomas M Menino, Merita A Hopkins, Andrea McCarthy, Charles K Lyons, County of Suffolk, District of Suffolk, City of Boston, Ashley Brown Ahearn (collusion with Carol J Kenner, J); on appeal US Dist Ct (D.Mass.) No 99-cv-12448 (collusion with Keeton, J); on further appeal CA1 Nos 00-1143 and 01-1627
• *Lu* v *Federal Home Loan Mortgage Corp*  US Dist Ct (D.Mass.) No 97-cv-12129: Federal Home Loan Mortgage Corp (counsel Mark N Berman and Christopher R Mirick of Hutchins Wheeler Dittmar)  (collusion with Robert E Keeton, J); on appeal CA1 No 01-1491 (collusion with Campbell, Lynch, Lipez, JJ)
• *Lu* v *Ravida* US Dist Ct (D.Mass.) No 00-10993
• *Lu* v *Federal Home Loan Mortgage Corp* US Dist Ct (D.Mass.) No 97-12129: Federal Home Loan Mortgage Corp, Clerk, US Bankruptcy Court (collusion with Mark L Wolf, J)

**Massachusetts state courts**
Middlesex Super Ct:
Lu v Turk Middlesex Super Ct No 9681CV03824: Jeffrey C Turk, David F Hadlock (counsel George A Berman), Michael J Powers (counsel Russell F Conn and Maria E Deluzio) (collusion with Borenstein, J)

Norfolk Super Ct:

• *Lu* v *Town of Brookline*, Norfolk Superior Court No 2082-cv-91: Town of Brookline and Sara Slymon (counsel Ham; collusion with Kirpalani, J); on appeal Mass Appeals Court No 2020-P-0230 (collusion with Stanton, Clerk)
• *Lu* v *Christiani*  Norfolk Super Ct No ****: David Christiani (counsel Joseph A King); on interlocutory appeal Mass Appeals Court No 1996-J-07650 (collusion with "A," J)

Suffolk Super Ct:
• *Commonwealth* v *Clarke*, Suffolk Superior Court No 1884-cr-174 (Lu as amicus): James R Clarke (counsel Robert L Sheketoff; collusion with Kaplan, J); on appeal Massachusetts Appeals Court No 2020-P-746: Clarke (counsel James L Sultan and Charles W Rankin; collusion with Green, CJ and Stanton, Clerk)
• *Lu* v *Department of Mental Health*, Suffolk Super Ct No 1584CV01089: Department of Mental Health (counsel Benjamin K Golden and Jessica L Frattaroli; collusion with Pasquale, J and clerk's office of Suffolk Super Ct); on *interlocutory* appeal (together with Boston Housing Court No 15H84CV000731) Mass Appeals Court No 2015-J-0346 (Department of Mental Health represented by Ricardo Brandon Rios; collusion with Cypher, J)
• *Joel J Feldman* v *Lucille Iacovelli*, Suffolk Super Ct No 0284CV02058 (Lu as movant for intervention): Feldman (counsel William J Dailey, III; collusion with Murphy, J); on appeal Mass App Ct No 2004-P-1123 (collusion with Green, J and Stanton, Clerk)
• *Harvard School of Dental Medicine* v *Lu*, Suffolk Super Ct No 0184CV05150: Harvard School of Dental Medicine, Dana Farber Cancer Institute, Ching-Ju Chang, Lan-Bo Chen, Stanley Wang, Mark Wang, Hassan & Reardon PC (counsel for all plaintiff Patti A Holloran Murphy and John P Puleo; collusion with Kottmeyer, Locke, Holtz, Spurlock, Lauriat, JJ)
• *Lu* v *Chang*, Suffolk Super Ct No 0184CV03353: Ching-Ju Chang, Mark Wang (counsel Puleo), Bin-Na Tsai, Lan-Bo Chen, Dana Farber Cancer Institute (collusion with Fahey, J)
• *Lu* v *Capitol Grille of Boston, Inc*  Suffolk Super Ct No 0184CV02739 (removed from Boston Municipal Court Central Division No 0101CV274839): Capitol Grille of Boston, Inc (counsel Brian P Voke and Charles K Mone) + third-party defendant Ultimate Parking, Inc (counsel Peter D Feeherry) (collusion with Fabricant, J); on appeal Mass Appeals Court No 2002-P-1385 (collusion with L CW MC, JJ)
• *Lu* v *Doe*, Suffolk Super Ct No 0184CV00129: John Doe and City of Boston (collusion with Fahey, Fabricant, JJ)
• *Lu* v *Emergency Shelter Commission of City of Boston*  Suffolk Super Ct No 0084CV00965: Emergency Shelter Commission of City of Boston, and City of Boston (counsel Andrea W McCarthy, Kathryn Cook, Karen A Glasgow, and Charles Lyons; collusion with Ball, Muse, White, Kottmyer, JJ); on appeal Mass Appeals Court No 2004-P-1053 (collusion with Green, J and Stanton, Clerk)
• *Lu* v *Dwyer*, Suffolk Super Ct No 9984CV01276: Richard J Dwyer and Justices of District Court (counsel Catherine E Sullivan); on appeal Mass Appeals Court No 1999-P-1616 (collusion with Jacobs, Manson, Kantrowitz, JJ)
• *Lu* v *District Attorney for Suffolk County*, Suffolk Super Ct No 9884CV04288: District Attorney for Suffolk County (counsel John P Zanini) and Criminal History Systems Board (counsel Christopher O Quaye) (collusion with Ball, J); on consolidated appeals Mass Appeals Court Nos 99-P-873 and 2000-P-0040 (collusion with PD-G-GS, JJ); Further Appellate Review No FAR-12384

• *Lu v Turk* Suffolk Super Ct No 9484CV05096: Turk, Hadlock (counsel Deirdre M Giblin and Joseph S Berman) and Michael J Powers (counsel Conn) (collusion with Gordon L Doerfer, J); on *interlocutory* appeal Mass Appeals Court No 1995-J-0189 (collusion "D," J), Direct Appellate Review DAR No 08296; Mass Appeals Court No 1996-P-0198 (collusion with D-L-FL, JJ)l; Further Appellate Review No FAR-08407

• Lu v Starr Suffolk Super Ct No 9584CV02325: Laurence M Starr (counsel Ronald L Brandt) and Richard Portal (Michael J Gill and Cameron F Kerry) (collusion with Lauriat, J); on *interlocutory* appeal (collusion with "I," J)

Boston Housing Court:

• *Fairfield Real Estate Management Corp* v Lu Boston Housing Ct No 15H84CV000731: plaintiff Fairfield Real Estate Management Corp (counsel John L Tobin), two defendants (Friedrich Lu and Bay Cove Human Services (counsel Kevin P Kerr) (collusion with MaryLou Muirhead, J); on *interlocutory* appeal Mass Appeals Court No 2015-J-0241 (collusion with meaning Carhart, J)

• *Myrthyl* v Lu Boston Housing Court No 97SP2939: Mario Myrthil (counsel Jill M Bradleyo collusion with Jeffrey Winik); on *interlocutory* appeal Mass Appeals No 1998-J-0060 (collusion with SP, J)

Boston Municipal Court:

**Central Division**:

• *Lu v LaFrazia* Boston Municipal Court No 2001CV000632: Karen LaFrazia and Saint Francis House, Inc (counsel Robert George Young, II; collusion with Summerville, Sally A Kelly, JJ)

• *Lu v Meredith* Boston Municipal Court No 1901CV001771: Evan Meredith and Methunion Manor Cooperative Corp (collusion with Thomas C Horgan)

• *Lu v Purchase America, Inc* Boston Municipal Court No 1901CV001287: Purchase America, Inc, Armada Waste MA II, LLC and City of Boston (collusion with James Martin Stanton, J)

• *Lu v Albertsons Companies*, Boston Municipal Court No 1901CV001098: Albertsons Companies (counsel Sean F McDonough and Christopher C Storm; collusion with Summerville and Garland, JJ)

• *Commonwealth* v *Jorritsma*, Boston Municipal Court No 0701CR000498 (Lu as victim): John Jorritsma (counsel Mark Alan Perkins; collusion with Catherine K Byrne, J, in trial held on May 24, 2018)

• *Lu v TS Land Trust, LLC*, Boston Municipal Court No 1701CV000067: TS Land Trust, LLC (counsel Scott K DeMello; collusion with McKenna, J)

• *Lu v Neal*, Boston Municipal Court No 9601CV236716: Marygrace Neal (counsel Gerald F Moore) and Laurence M Starr (Ronald L Brandt) (collusion with Tierney, Dougan, Donovan, Summerville, JJ)

**Brighton Division**

• *Commonwealth* v *Lu* Boston Municipal Court Nos 2108CR152 and 2208cr442

**Dorchester Division**:

• *Commonwealth* v *Lu* Boston Municipal Court No *** Commonwealth (counsel Jane A Sullivan; collusion with ***); on *interlocutory* appeal by Lu Mass Appeals Court No 1999-J-0030 (collusion with Porada, J)

Cambridge District Court:

• *Commonwealth* v *Lu*, Cambridge Dist Ct No 1752CR00131L Lu (collusion with Lisa Hogan, J)
• *Lu* v *Metabolix, Inc*, Cambridge District Court No 0352CV000780: Metabolix, Inc and Peter Keenan (counsel Amy M McCallen and Kimberly C Nuzum; collusion with Severlin B Singleton, III, J)

Somerville District Court:

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _PO Box 499, Lafayette Station, Boston, MA 02112_

Address of Defendant: _____

Place of Accident, Incident or Transaction: _Nationwide_

**RELATED CASE IF ANY:** _None_

Case Number: _____ Judge: _____ Date Terminated _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year   Yes ☐  No ☐
   previously terminated action in this court?

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit   Yes ☐  No ☐
   Pending or within one year previously terminated action in this court?

3. Does this case involve the validity or infringement of a patent already in suit or any earlier   Yes ☐  No ☐
   Numbered case pending or within one year previously terminated action of this court?

4. Is this case a second or successive habeas corpus, social security appeal, or pro se case filed   Yes ☐  No ☐
   by the same individual?

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any now pending or within one year previously terminated
action in this court except as note above.

DATE: _March 15, 2024_        _Friedrich Lu_
                 *Attorney-at-Law (Must sign above)*              *Attorney I.D. # (if applicable)*

---

**Civil (Place a √ in one category only)**

*A.  Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☐ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☒ 15. All Other Federal Question Cases. *(Please specify):* _RICO_

*B.  Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. All Other Diversity Cases: *(Please specify)* _____

---

_Not applicable_   **ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, _____, counsel of record *or pro se plaintiff*, do hereby certify:

☐   Pursuant to Local Civil Rule 53.2 § 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action
    case exceed the sum of $150,000.00 exclusive of interest and costs:

☐   Relief other than monetary damages is sought.

DATE: _____    _____        _____
                *Attorney-at-Law (Sign here if applicable)*        *Attorney ID # (if applicable)*

NOTE: A trial de novo will be a jury only if there has been compliance with F.R.C.P. 38.

JS 44   (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Friedrich Lu

**(b)** County of Residence of First Listed Plaintiff   Boston, Mass
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
John F Kerry

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1   U.S. Government Plaintiff
- [x] 3   Federal Question *(U.S. Government Not a Party)*
- [ ] 2   U.S. Government Defendant
- [ ] 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [x] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1   Original Proceeding
- [ ] 2   Removed from State Court
- [ ] 3   Remanded from Appellate Court
- [ ] 4   Reinstated or Reopened
- [ ] 5   Transferred from Another District *(specify)*
- [ ] 6   Multidistrict Litigation - Transfer
- [ ] 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
RICO 18 USC § 1962 d)   (d)
Brief description of cause:
All federal employees collude and help other to collude with federal

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:   Judges
JURY DEMAND:   [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   None
JUDGE _____   DOCKET NUMBER _____

DATE   March 15, 2024
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____