Civil Action No<br>
UNITED STATES DISTRICT COURT<br>
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Friedrich Lu, Plaintiff | ) | Civil Action No |
| V | ) | |
| John F Kerry, et al, Defendants | ) | |

PLAINTIFF'S MOTION TO DISQUALIFY ENTIRE DISTRICT COURT<br>
<u>AND FOR INTRACIRCUIT ASSIGNMENT</u>

(1)  The *Complaint* lists chief judge and clerk of this court as defendants, the former for administrative function. The complaint also implicated two judges (John Milton Younge and R Barclay Surrick) of this court. All are for alleged judicial corruption.

(2)  Plaintiff Friedrich Lu moves to disqualify all judges of this court, and at the same for intracircuit assignment. See *Nichols* v *Alley* (CA10 1995) 71 F.3d 347, 350 (disqualifying judge, though he "lost no family or friends in the bombing") (*per curiam*).

Attached please find a letter of Lu to chief judge of the Third Circuit.

Plaintiff: Friedrich Lu, pro se
Date: March 15, 2024
Email address:chi2flu@gmail.com
Address: ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112

To:    The honorable Michael A Chagares
        Chief Judge, United States Court of Appeals for the Third Circuit
        601 Market Street
        Philadelphia, PA 19106-1790
From: Friedrich Lu, pro se
Date: March 29, 2024
Email: chi2flu@gmail.com
Address: ℅ St Francis House, PO Box 499, Lafayette Station, Boston,. MA 02112

      Under penalty of perjury, I certify that on the same day I post a copy of this letter via first class mail, postage prepaid.

      On or about Mar 11, 2024, guided by *Christopher* v *Harbury* (2002) 536 US 403 I will commence a civil action Friedrich Lu v John F Kerry at United States District Court for Eastern District of Pennsylvania. The chief judge and clerk of that court will be named defendants, with the former in the administrative function. Among the papers filed in the first batch will be my motion to disqualify the entire district court, and a motion for intracircuit assignment of district judge under 28 USC § 292(b) with this letter attached.