Civil Action No
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Friedrich Lu, Plaintiff | ) | Civil Action No |
| V | ) | |
| John F Kerry, et al, Defendants | ) | |

## PLAINTIFF'S MOTION TO REDACT

(1)

(a)     The insistent invokes Massachusetts False Claims Act. See Complaint ¶ (16)(a). Mass Gen Laws chap 12, § 5C ¶ (3) requires a relator to move the court to seal the case for 120 days. https://malegislature.gov/Laws/GeneralLaws/PartI/TitleII/Chapter12/Section5c

(b)     Friedrich Lu's request is to redact, or edit out ¶ (16)(a) and caption of the case referencing these defendants. To seal the entire case will leave Lu out of court.

(c)     In case the court refuses to follow Massachusetts law, Lu's understanding is that would not harm Lu as the relator.

(2)     Massachusetts attorney generals have joined forces with United States Department of Justice to abuse Friedrich Lu (for which Lu sued them in the same action). The day the action is commenced, Lu will notify her of the filing of the instant case. Lu will see what she wants.

Plaintiff:      Friedrich Lu, pro se
Date:          March 15, 2024
Email address:chi2flu@gmail.com
Address:       ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112