# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| FRIEDRICH LU <br> *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) ) ) Civil Action No. 24-cv-01169-RBS |
| SEE ATTACHMENT: <br> *Defendant(s)* | ) ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>FRIEDRICH LU
>P.O. BOX 499
>LAFAYETTE STATION
>BOSTON, MA 02112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

*CLERK OF COURT*

Date: 3/22/2024

s/*Stephen Gill*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-01169-RBS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

DEFENDANTS:

ROBERTO RONQUILLO, JR, ABM JANITORIAL SERVICES NORTHEAST, INC., MARGARET M. ABRUZESE, PETER W. AGNES, JR, ALBERTSONS COMPANIES, INC., ALLISON D BURROUGHS, CHRISTOPHER M. ANDERSON, ANDERSON & KREIGER LLP, GERALD T. ANGELIN, ANNE TAYLOR, EVELYN ARANA-ORTIZ, JOSE ARAUJO, GREGORY R ARCHIBALD, ZAMAWA ARENAS, ARENTFOX SCHIFF, ARMADA WASTE MA II, LLC, PATRICIA ARMSTRONG, BAIRD HOLM LLP, CHARLES D. BAKER, JR, ANNAPURNA BALAKRISHNA, WARREN T BAMFORD, DAVID J BARRON, BAY COVE HUMAN RESOURCES, INC., ANNETTE C. BENEDETTO, GEORGE A. BERMAN, JOSEPH S. BERMAN, MARK N. BERMAN, ANNA BLACKBURNE-RIGSBY, DOMINIC BLUE, BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., LESTER BLUMBERG, JENNIFER C BOAL, JOSEPH R BONAVOLONTA, RUTH BONSIGNORE, JESSE M. BOODOO, BOSTON COLLEGE, BOSTON HOUSING AUTHORITY, BOSTON PUBLIC HEALTH COMMISSION, BOSTON SCHOOL COMMITTEE, MARGOT BOTSFORD, MICHAEL BOUDIN, WILLARD J. BOULTER, III, BOWDITCH & DEWEY, LLP, BOWDITCH AND DEWEY, LLP, MARIANNE B BOWLER, COLIN R. BOYLE, BOYLE SHAUGHNESSY LAW PC, DENNIS BRADBURY, JILL M. BRADLEY, RONALD L. BRANDT, AMY B. BRATSKEIR, MARIE BREEN, DOUGLAS S BROOKS, DOUGLAS S. BROWN, ROBERT M. BUCHANAN, JR, KIMBERLY S BUDD, MICHAEL H. BUNIS, ANDREA J CAMPBELL, LEVIN H CAMPBELL, BEVERLY J. CANNONE, CAPITOL GRILLE OF BOSTON, INC, CAPITOL WASTE SERVICES, INC., PAULA M. CAREY, DAVID CARRASCO, CRYSTAL CARRINGTON, JAMES CARROLL, ROSEMARY CASHMAN, JULIO A CASTILLO, CASTLE SQUARE TENANTS ORGANIZATION, KATHLEEN M. CAWLEY, JEFFREY C CECIL, CHING-JU CHANG, SHAUGHNESSY CHARBONNEAU, LYNN R CHARYTAN, CHOATE HALL & STEWART, JODI CHOEN, DAVID CHRISTINI, CHRISTOPHER J NOONE, JULIE CIOLLO, JAMES R. CLARKE, CLASSIC CLEANING CO, INC, JOHN C. CLOUGH, CMBG3 LAW LLC., JIA M COBB, GINA COHEN, COMCAST CABLE COMMUNICATIONS, LLC, WILBUR E. COMMODORE, MARC C. CONCANNON, MARK C. CONCANNON, DANIEL F. CONLEY, RUSSELL F. CONN, CONN KAVANAUGH ROSENTHAL PEISCH & FORD LLP, KATHRYN COOK, ROBERT J CORDY, CORRIGAN JOHNSON & TUTOR, PA, COUNSEL JACQUELINE L ALLEN;, PAMELA COVENEY, JUDITH CA COWIN, MICHAEL A COX, ROBERT D. COX, JR, DANIEL G. CROMACK, JOSEPH V. CRONIN, RICHARD CURTIN, ELSPETH B CYPHER, LYNDA D'ANDREA, WILLIAM J. DAILEY, III, BRIAN G. DALTON, MARK P. DALY, DANA FARBER CANCER INSTITUTE, EDWARD F. DAVIS, III, KEVIN DAVIS, YUDELKYS DE LOS SANTOS, LAURA DEBONIS, JUDITH G DEIN, MARIA E. DELUZIO, SCOTT K DEMELLO, DENISE J CASPER, FRANK DEPAOLA, PAUL DEPAULO, DONNA M. DEPRISCO, RICHARD C DESLAURIERS, JODY L GOODMAN DINAN, DISABILITY LAW CENTER, MARK C DIVINCENZO, MATTHEW DIVRIS, DLC MANAGEMENT CORP., DAVID T. DONNELLY, DAVID T DONNELLY, SUSAN M. DONNELLY, DONNELLY CONROY & GELHAAR,

ERIC T DONOVAN, LYNDIA DOWNIE, IRWIN DRIGGS, CAROLINE O. DRISCOLL, JEFFREY DRISCOLL, ANNA DRONZEK, EILEEN R. DUFF, FERNANDE RV DUFFLY, JOHN EGAN, SANDRA L. EHLINGER, THOMAS M. ELCOCK, EMINA ZAGANJORI KELLY, BRENDAN ENGLAND, JOHN T ENGLANDER, WILLIAM ENRIGHT, ERIKA GEETTER, PAUL FRANCIS EVANS, JR, WILLIAM B EVANS, F DENNIS SAYLOR IV, JOHN A. FAHEY, FREDERICK E. FAIRFIELD, JR, HEATHER L. FAIRFIELD, HEATHER LYNN FAIRFIELD, FAIRFIELD REAL ESTATE MANAGEMENT CORP, FEDERAL HOME LOAN MORTGAGE CORP., ABIGAIL L. FEE, PETER D. FEEHERRY, JOEL J. FELDMAN, RAUL FERNANDEZ, JOSEPH C. FERREIRA, PHOEBE FISCHER-GROBAN, JOEL FLORES, FOR THE RECORD, INC., BENJAMIN FRANCO, TIMOTHY FRATES, JESSICA L. FRATTAROLI, DAVID FREDETTE, STEPHEN D. FULLER, FULLER ROSENBERG PALMER & BELIVEAU LLP, CAROL FULP, G&M COURT REPORTERS, LTD, G4S SECURE SOLUTIONS (USA), INC, BERTHE M. GAINES, WILLIAM F GALVIN, MARIELENA GAMBOA-RUIZ, MICHAEL S. GARDENER, JOHN E. GARLAND, MERRICK GARLAND, SAMUEL R. GATES, BRENDAN J. GAUGHAN, THOMAS GAUGHAN, III, FRANK M GAZIANO, PETER GELHAAR, GUSTAVO A GELPI, KATHLEEN M. GENOVA, JASON CHAKA GEORGE, SERGE GEORGES, JR, NANCY GERTNER, ANDREW GHOBRIAL, JAMES P. GIANELLIS, DEIRDRE M. GIBLIN, MICHAEL J. GILL, JORDANA B. GLASGOW, KAREN A. GLASGOW, WAYNE P. GODIN, BENJAMIN K. GOLDEN, BENJAMIN GOLDEN, DAVID A. GOLDMAN, JULIE GOLDMAN, MATTHEW M GRAVES, STEPHEN S. GRAY, JOHN M GREANEY, MARK V. GREEN, BERNARD GREENE, LESLIE MILLER GREENSPAN, CAROL A. GRIFFIN, WILLIAM G GROSS, ANTHONY GULLY, DAVID F. HADLOCK, ANDREW J. HAILE, JOHN T. HAILER, KARLENE HALL, ROBERT R. HAMEL, JR, HAMEL MARCIN DUNN REARDON & SHEA PC, HEATHER HAMILTON, MARK P. HARMON, EDWARD F HARRINGTON, TIMOTHY J HARRINGTON, CYNTHIA B. HARTMAN, JAHAD HASAN, DAVE HASSAN, HASSAN & REARDON, PC, KEVIN R HAYDEN, MAURA T HEALEY, MARGARET HEGARTY, NANCY S. HELLER, MAURA A. HENNIGAN, GERALDINE S HINES, MARK A HIPPLE, HIRSCH ROBERTS WEINSTEIN LLP, DANIEL J. HOGAN, PATI A. HOLORAN, THOMAS M HOOPES, STEPHEN HORGAN, THOMAS C. HORGAN, ALYCIA HORN, ANDREW R. HORNE, JEFFREY R HOWARD, BRIAN P HUDAK, GEORGE HULME, MARY E. HURLEY, CHRISTOPHER A. IANNELLA, INDIRA TALWANI, RODERICK L IRELAND, ISI SOFTWARE, JACKSON LEWIS PC, DARON L. JANIS, JENNIFER M STAPLES, JESSS SON, JOHN DOE, JOHN HANCOCK PROPERTY AND CASUALTY INSURANCE CO, JOHN B. JOHNSON, JON DAVID LEVIN, SIAN JONES, JONES & FULLER REPORTING, INC, JOHN JORRITSMA, JOSEPH HERLIHY, JOSEPH M LEE, MYONG J JOUN, JOHN J. JOY, JPMORGAN CHASE, ROBERT L. JUBINVILLE, SCOTT L KAFKER, KENNETH W KAISER, ABDUL KAMARA, ZIAD KAMEL, KAREN FRINK WOLF, PAUL V KASTNER, KASTNER REALTY TRUST, BENJAMIN KATZ, PAUL S. KAWAI, WILLIAM J KAYATTA, JR, PETER KEENAN, JAMIE LEWIS KEITH, BRIAN T KELLY, BRIAN KELLY, ELIZABETH H. KELLY, SALLY A. KELLY,

MICHAEL KENDALL, KEVIN P. KERR, CAMERON F KERRY, C. JEFFREY KINDER, JOSEPH A. KING, MELVIN KLECHNER, JULIA E. KOBICK, PAUL LA CAMERA, KAREN LAFRAZIA, LANCE E WALKER, BRIAN LANG, JOSEPH N LAPLANTE, DARYL J. LAPP, PAUL N LAPROCINA, JR, SHEILA F LAWN, LAWRENCE H SUMMERS, DANIEL M. LEE, FRED LEE, DENNIS LEHANE, LEIGH CAMPBELL JOYCE, BARBARA A LENK, LEO T SOROKIN, MICHAEL J LEPIZZERA, LEPIZZERA AND LAPROCINA, JOSHUA S LEVY, ROBERT L. LEWIS, LIBBY HOOPES BROOKS AND MULVEY, PC, MELANIE LIMA, LIMITED TO ENDODONTICS, INC, KERMIT V LIPEZ, VINCENT B LISI, DEBRA ANN LIVINGSTON, JEFFREY A LOCKE, LOCKE LORD LLP, LONGWOOD SECURITY SERVICES, INC, DAVID A LOWY, KENNETH W. LUKE, ERIK LUND, SANDRA L LYNCH, CHARLES LYONS, ROY MACKENZIE, DAVID S. MACKEY, KEVIN MICHAEL MAGOON, NANCY MAHAN, PAUL MAHONEY, MARIA ROBLES, EDWARD J MARKEY, CHRISTINA MARSHALL, MARGARET H MARSHALL, NANCY MARTINS, MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, MASSACHUSETTS INSTITUTE OF TECHNOLOGY, MAUREEN FEENEY, ROSLYNN R MAUSKOPF, DEAN MAZZARELLA, AMY M. MCCALLEN, ANDREA W. MCCARTHY, IAN MCCLAIN, MICHAEL MCCORMACK, MCCULLOUGH, STIEVATER & POLVERE, DONNA MCDONOUGH, DOUGLAS M MCGARRAH, OMAR MCGOVERN, WILLIAM P. MCGOVERN, JASON MCGRANE, ROBERT J. MCKENNA, DANIEL J. MCKENZIE, DAVID S. MCMAHON, MATT VP MCTYGUE, MELICK & PORTER, EVAN MEREDITH, METHUNION MANOR COOPERATIVE CORP., MICHAEL B HALPIN, CAROL A. MICI, SUSAN MILLS, MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, PC, CHRISTOPHER R. MIRICK, LAUREN M. MITCHELL, WALTER T MITCHELL, CHARLES K. MONE, GERALD F. MOORE, MORGAN, BROWN & JOY LLP, ERICA MORIN, MORRISON MAHONEY LLP, MPD LAW, LLC., ELIZABETH N MULVEY, RACHEL E. MUNOZ, JOSLIN HAM MURPHY, ROBERT MURPHY, SUSAN D. MURPHY, MURPHY & RILEY, REBECCA MURRAY, MARIO MYRTHIL, McNEES WALLACE & NURICK LLC, MARYGRACE NEAL, NIXON PEABODY LLP, GARETH W. NOTIS, ANDREA F. NUCIFORO, JR, KIMBERLY C. NUZSUM, DAVID J. O'CONNOR, FRANCIS J O'CONNOR, MICHAEL O'CONNOR, NICOLE M. O'CONNOR, EUGENE L. O'FLAHERTY, SEAN PATRICK O'MALLEY, GEORGE A O'TOOLE, JR, KATHLEEN M O'TOOLE, ALBERT OGISTE, BISOLA OJIKUTU, CARMEN M ORTIZ, TYLER OSTHOLTHOFF, ANTHONY S. OWENS, COLEEN PALMISANO, WHITNEY C PASTERNACK, PATTI B SARIS, MARK ALAN PERKINS, PETER H VELYVIS, MARILYN M. PETITTO DEVANEY, CHRISTOPHER E PHILLIPS, MARY PICCIRILLI, NINA PICKERING-COOK, LAWRENCE PIERCE, PINE STREET INN, STEVE POFTAK, STEPHANIE POLLACK, MATTHEW P. POPPEL, MICHAEL J. POWER, ROBERT P POWERS, JOHN T. PRESCOBB, PRESIDENT AND FELLOWS OF HARVARD COLLEGE, PRINCE LOBEL TYE LLP., JOHN P. PULEO, PURCHASE AMERICA, INC., ROBERT L. QUAYLE, LUIS MANUEL RAMIREZ, CHARLES W. RANKIN, BATOOL RAZA, MARY REGAN, LEO RAFAEL REIF, JOHN REINSTEIN, JULIANA DEHAAN RICE, SHELLEY M RICHMOND JOSEPH, KEVIN M.

RIORDAN, R. BRANDON RIOS, RICARDO BRANDON RIOS, ANTHONY J. RIZZO, THOMAS G. ROBBINS, ROBERT A BROWN, ROBERT M FARRELL, ROBERT W IULIANO, SCOTT A. ROBERTS, RACHAEL E ROLLINS, ROMAN CATHOLIC ARCHBISHOP OF BOSTON, ROBERTO RONQUILLO, JR, JEFFREY B. RUDMAN, BYRON RUSHING, RYAN A MACLEAN, PATRICIA RYLE, SAINT FRANCIS HOUSE, INC, KENNETH W. SALINGER, DENISE O. SALTERS, RAMAN SAMRA, CHRISTOPHER SAMUEL, JUAN R SANCHEZ, SARAH A THORNTON, ANGELO M. SCACCIA, KAREN SCHULTZ, BRUCE M SELYA, HAROLD SHAW, ROBERT L. SHEKETOFF, SARAH B. SINGER, ELEANOR SINNOTT, WILLIAM F. SINNOTT, SONIA L. SKINNER, SARA SLYMON, DIANE SMITH, MARTHA B SOSMAN, FRANCIS X SPINA, WILLIAM SPRAGUE, SARAH ST PIERRE, JOSEPH STANTON, STAPES INC, JENNIFER STAPLES, STAR MARKET, INC., LAWRENCE M. STARR, RICHARD G STEARNS, KURT G. STENHOUSE, DONALD K STERN, STEVEN M CORLISS, WILLARD STIEVATER, CHRISTOPHER STORM, SUFFOLK COUNTY SHERIFFS DEPARTMENT, CATHERINE E. SULLIVAN, DANIEL P. SULLIVAN, DENNIS F. SULLIVAN, JANE A. SULLIVAN, JOSEPH SULLIVAN, MICAEL J SULLIVAN, JAMES L. SULTAN, CHRIS SUMMA, MARK H. SUMMERVILLE, SUPREME JUDICIAL COURT, ISABEL SWEET, STEVEN TANKLE, BETSY TAYLOR, DAVID TAYLOR, GREGG TAYLOR, LISA A. TENEROWICZ, TENT CITY CORP., THE GEORGETOWN COMPANY LLC, THE TOWNE LAW FIRM, PC, THECANTON CORP, ANN THOMAS, O ROGERIEE THOMPSON, WALTER F. TIMILTY, ORLANDO TIRELLA, JOHN L. TOBIN, TOMMASINO & TOMMASINO, STEVEN W. TOMPKINSW, TOWN OF BROOKLINE, ROSEMARY A. TRAINI, LIZA J. TRAN, TRUSTEES OF BOSTON PUBLIC LIBRARY, TRUSTEES OF BOSTON UNIVERSITY, TRUSTEES OF TUFTS COLLEGE;, TS LAND TRUST LLC, JOE H TUCKER, JR, TUCKER LAW GROUP, LLC, THOMAS A. TURCO, III, JEFFREY C. TURK, PAUL TUTTLE, A. RAYMOND TYE, U MASS MEMORIAL HEALTH CARE, INC, BOODIE UGNUMBA, ULTIMATE PARKING, INC, UNITED STATES, ACHESON H. VALLAGHAN, MICHAEL VAN DANG, JOHN VANSCOYOC, CHRISTOPHER VAZQUEZ, BRIAN P. VOKE, SARA A. WALKER, ANTHONY WALROND, MARTIN J. WALSH, MARK WANG, STANLEY WANG, ELIZABETH WARREN, DAVID WATERFALL, BRIAN F WELSH, DALILA ARGAEZ WENDLANDT, JOHN WHEATLEY, WHITE & CASE, LLP, WILBERT WILSON, JULIA WILDER, HERBERT P WILKINS, WILLIAM P LEAHY, SHAWN A. WILLIAMS, WILLIE BUTLERM, KARYN M. WILSON, JEFFREY M. WINIK, WINNCOMPANIES, MARK L WOLF, CATHERINE O'HAGAN WOLFE, LENA WONG, PATTY WONG-MURPHY, DOUGLAS P WOODLOCK, MARIA YANAKOPOULOS, YIELD10 BIOSCIENCE, JANE E YOUNG, ROBERT GEORGE YOUNG, II, WILLIAM G YOUNG, JOHN P. ZANINI, MONIKA ZARSKI, RYA W ZOBEL and JESUS