Civil Action No 24-1169
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Friedrich Lu, Plaintiff

v

John F Kerry, Cameron F Kerry, United States, Merrick Garland, Donald K Stern, Michael J
Sullivan, Carmen M Ortiz, Joshua S Levy, Kenneth W Kaiser, Warren T Bamford, Richard C
DesLauriers, Vincent B Lisi, Harold H Shaw, Joseph R Bonavolonta, Jodi Cohen, Levin H
Campbell, Michael Boudin, Gustavo A Gelpí, Rya W Zobel, Douglas P Woodlock, Richard G
Stearns, Edward F Harrington, Herbert P Wilkins, Martha B Sosman, John M Greaney, Margaret
H Marshall, Judith CA Cowin, Roderick L Ireland, Fernande RV Duffly, Robert J Cordy, Francis
X Spina, Geraldine S Hines, Margot Botsford, Barbara A Lenk, David A Lowy, Elspeth B
Cypher , Frank M Gaziano, Scott L Kafker, Dalila Argaez Wendlandt, Scott P Brown, Michael E
Capuano, Ayanna Pressley, Stephen F Lynch, William D Delahunt, William F Galvin, John T
Englander, Marie Breen, Douglas M McGarrah, Mary-Louise White, Marcy C Levington;
Rachael E Rollins, Kevin R Hayden, L Scott Harshbarger, Thomas F Reilly, Maura T Healey,
Andrea J Campbell, Paul Francis Evans, Jr, Kathleen M O'Toole, Edward F Davis III, William B
Evans, William G Gross, Michael A Cox, Leo Rafael Reif, Jamie Lewis Keith, Mark C
DiVincenzo,  President and Fellows of Harvard College, Lawrence H Summers, Anne Taylor,
Robert W Iuliano, Robert A Brown, Erika Geetter, William P Leahy, Joseph Herlihy, Robert M
Farrell, Sarah A Thornton, Juan R Sánchez, Mitchell S Goldberg, ArentFox Schiff, Erik Lund,
Christopher E Phillips, Sheila F Lawn, Benjamin Katz, Isabel Sweet, Jeffrey C Cecil, Myong J
Joun, Elizabeth A Warren, Edward J Markey, Nancy Gertner, John Reinstein, Michael Kendall,
White & Case, LLP, Brian T Kelly, Nixon Peabody LLP, Jia M Cobb, Debra Ann Livingston,
Catherine O'Hagan Wolfe, Staples Inc, The Georgetown Company LLC, Limited to Endodontics,
Inc, Steven M Corliss, Peter H Velyvis, Emina Zaganjori Kelly, Maureen Feeney, Willie
Butlerm, Wilbert Wilson, Maria Robles,  Ryan A MacLean, Christopher J Noone, Michael B
Halpin, and Jennifer M Staples,  Scott D Galvin, City of Woburn, Chuck Flaherty, Hermayne
Gordon, Joseph M Lee, Classic Cleaning Co, Inc, Jesús __, Jesús's son, Seán Patrick O'Malley,
Francis J O'Connor, Robert P Powers, Mark A Hipple, Gregory R Archibald, McNees Wallace &
Nurick LLC, Joe H Tucker Jr, Leslie Miller Greenspan, David J Carcamo, Tucker Law Group,
LLC, Lynn R Charytan, Alycia Horn, Comcast Cable Communications, LLC, Bisola Ojikutu,
Batool Raza, Whitney C Pasternack, Boston Public Health Commission, Mark L Wolf, Walter T
Mitchell, Jahad Hasan, Eric T Donovan, David T Donnelly, Steven Tankle, and Jeffrey A Locke,
Paul V Kastner, Kastner Realty Trust, William Enright, Brian F Welsh, Fuller Rosenberg Palmer
& Beliveau LLP, Jody L Goodman Dinan, Jason Chaka George, Julio A Castillo, Anna
Blackburne-Rigsby, Roslynn R Mauskopf, David J Barron, Jeffrey R Howard, and Joseph N
Laplante, Matthew M Graves, Sian Jones, Brian P Hudak, Shelley M Richmond Joseph, Thomas
M Hoopes, Douglas S Brooks, Elizabeth N Mulvey, Libby Hoopes Brooks and Mulvey, PC, F
Dennis Saylor IV, Jon David Levin, Patti B Saris, Lance E Walker, Karen Frink Wolf, Denise J
Casper, Indira Talwani, Leo T Sorokin, Allison D Burroughs, Senior District Judges William G
Young, Mark L Wolf, George A O'Toole Jr, Marianne B Bowler, Judith G Dein, Jennifer C Boal,
Sandra L Lynch, O Rogeriee Thompson, William J Kayatta Jr, Bruce M Selya, Kermit V Lipez,
Jeffrey R Howard, Jane E Young, Michael McCormack, Anna Dronzek, Timothy J Harrington,
Kimberly S Budd, Serge Georges Jr, Paul N Laprocina Jr, Michael J. Lepizzera Jr, Scott K

DeMello, Karlene Hall, Lepizzera and Laprocina, Kurt G Stenhouse, Christopher M Anderson, TS Land Trust LLC, Rosemary A Traini, Roberto Ronquillo, Jr, Thomas C Horgan, Robert J McKenna, John E Garland, Sally A Kelly, Daniel J Hogan, Mark C Concannon, Patty Wong-Murphy, Christopher Storm, Daniel M Lee, Morrison Mahoney LLP, Purchase America, Inc, Armada Waste MA II, LLC, Albertsons Companies, Inc, Star Market, Inc, Robert George Young II, and Bowditch and Dewey, LLP, Robert D Cox, Jr, David Taylor, Matt VP McTygue, Elizabeth H Kelly, and Locke Lord LLP, Daron L Janis, Boodie Ugnumba, G4S Secure Solutions (USA), Inc, Melanie Lima, Trustees of Boston Public Library, John A Fahey, Nicole M O'Connor, Mark V Green, Paula M Carey, Beverly J Cannone, David T Donnelly, Eleanor Sinnott, Mark H Summerville, Walter F Timilty, Roberto Ronquillo, Jr, Daniel J Hogan, Mark C Concannon, Patty Wong-Murphy, Robert Murphy, Joslin Ham Murphy, Bernard Greene, Nancy S Heller, Heather Hamilton, Raul Fernandez, John VanScoyoc, Melvin Kleckner, Sara Slymon, Town of Brookline, David Fredette, Shawn A Williams, Jeffrey Driscoll, Jose Araujo, Christopher Vazquez and Joel Flores, Daniel P Sullivan, Rebecca S Murray, Andrew Ghobrial, Evan Meredith, Methunion Manor Cooperative Corp, Denise O Salters, Cynthia B Hartman, Mark P Daly, MPD Law, LLC, Karen LaFrazia, Saint Francis House, Inc, Elizabeth H Kelly, Roman Catholic Archbishop of Boston, Robert George Young II, Bowditch & Dewey, LLP, Joseph C Ferreira, Robert L Jubinville, Marilyn M Petitto Devaney, Christopher A Iannella, Eileen R Duff, Paul DePalo and Mary E Hurley, Amy B Bratskeir, Julie Ciollo, James R Clarke, Mary Regan, Maura A Hennigan, Joseph Stanton, Erica Morin, Robert L Sheketoff, James L Sultan, Charles W Rankin, Matthew Divris, Thomas A Turco, III, and Carol A Mici, Benjamin Franco, Roy Mackenzie, Lena Wong, Julie Goldman, Paul Tuttle, Ann Thomas, Patricia Ryle, Nancy Martins, Walter F Timilty, C Jeffrey Kinder, Andrew J Haile, For The Record, Inc, Gareth W Notis, Monika Zarski, Jackson Lewis PC, Ziad Kamel, David Carrasco, Willard J Boulter III, David J O'Connor, Massachusetts Institute of Technology, Samuel R Gates, Scott A Roberts, Hirsch Roberts Weinstein LLP, and Christopher Samuel, Paul S Kawai, Kevin Davis, Tyler Ostholthoff, Gregg Taylor, ABM Janitorial Services Northeast, Inc, William P McGovern, Irwin Driggs, Sarah St Pierre, Sonia L Skinner, Frank DePaola, Luis Manuel Ramírez, Steve Poftak, Massachusetts Bay Transportation Authority, Amy B Bratskeir, David S Mackey, Christina Marshall, Nina Pickering-Cook, Anderson & Kreiger LLP, Christina S Marshall, Stephanie Pollack, Dominic Blue, Ruth Bonsignore, Brian Lang, Dean Mazzarella, Joseph Sullivan, Betsy Taylor, Phoebe Fischer-Groban, Capitol Waste Services, Inc, Thomas M Elcock, Prince Lobel Tye LLP, Susan Mills, Tent City Corp, Thomas Gaughan, III, Brendan J Gaughan, David A Goldman, CMBG3 Law LLC, Longwood Security Services, Inc, William Sprague, Nancy Mahan, Kevin P Kerr, Patricia Armstrong, Gina Cohen, Crystal Carrington, Yudelkys de Los Santos and Jennifer Staples, Bay Cove Human Resources, Inc, Kevin Michael Magoon, Anthony S Owens, Sandra L Ehlinger, Anthony J Rizzo, Daniel F Conley, Coleen Palmisano, Marielena Gamboa-Ruiz, Trustees of Tufts College, John Wheatley, Melick & Porter, Timothy Frates, Julie Wilder, Jason McGrane, Richard Curtin, Suffolk County Sheriff's Department, Raman Samra, Trustees of Boston University, Lisa A Tenerowicz, Diane Smith, Thomas G Robbins, Brian G Dalton, Steven W Tompkins, Kathleen M Cawley, Fairfield Real Estate Management Corp, Frederick E Fairfield Jr, Heather L Fairfield, John L Tobin, Lester Blumberg, R Brandon Rios, Benjamin Golden, Jesse M Boodoo. Abigail L Fee, Liza J Tran, Supreme Judicial Court, John Doe, Lynda D'Andrea, Omar McGovern, Lyndia Downie, Rosemary Cashman, Fred Lee, Shaughnessy Charbonneau, Pine Street Inn, Rachel E Muñoz, Morgan, Brown & Joy LLP, Colin R Boyle, The Towne Law Firm, PC, Leigh Campbell Joyce, Baird Holm LLP, Martin J Walsh,

Amy E Ryan, Microsoft Corp, Google LLC, Yahoo! Inc, Charles D Baker, Jr, Annapurna Balakrishna, Julia E Kobick, Lauren M Mitchell, Jones & Fuller Reporting, Inc, Stephen D Fuller, John B Johnson, Corrigan Johnson & Tutor, PA, Michael O'Connor, G&M Court Reporters, Ltd, Mary Piccirilli, The Canton Corp, Albert Ogiste, Heather Lynn Fairfield, Anthony Walrond, Gina Cohen, Abdul Kamara, William F Sinnott, Eugene L O'Flaherty, Caroline O Driscoll, David W Waterfall, George Hulme, Berthé M Gaines, Donna M DePrisco, Angelo M Scaccia, James Carroll, Karyn M Wilson, Jeffrey B Rudman, Zamawa Arenas, A Raymond Tye, Evelyn Arana-Ortiz, Paul La Camera, Carol Fulp, Byron Rushing, Dennis Lehane, John T Hailer, Laura DeBonis, Boston School Committee, Boston Housing Authority, Wilbur E Commodore, Boston College, Dennis Bradbury, Dave Hassan, Chris Summa, Ian McClain, Kevin M Riordan, Boyle Shaughnessy Law PC, WinnCompanies, John Egan), Castle Square Tenants Organization, counsel Jacqueline L Allen, Brendan England, Stephen Horgan, Daniel G Cromack, Daryl J Lapp, Jordana B Glasgow, Tracy Anne Davis, Orlando Tirella, Ching-Ju Chang, Pati A Holoran, John P Puleo, Hassan & Reardon, PC, Paul Mahoney, Jeffrey M Winik, Robert L Lewis, Lawrence Pierce, Cristopher O Quayle, Dennis F Sullivan, John C Clough, Peter W Agnes, Jr, Sarah B Singer, Joseph V Cronin, James P Gianellis, Maria Yanakopoulos, Brian Kelly, Robert R Hamel Jr, Hamel Marcin Dunn Reardon & Shea PC, Mark Wang, Stanley Wang, Andrea W McCarthy, Anthony Gully, Margaret Hegarty, Annette C Benedetto, Douglas S Brown, Juliana DeHaan Rice, David C Christiani, Susan M Donnelly, Murphy & Riley, Joseph A King, Susan D Murphy, Margaret M Abruzese, Carol A Griffin, Donna McDonough, Michael H Bunis, Choate Hall & Stewart, Kathleen M Genova, Robert M Buchanan Jr, Choate Hall & Stewart, Kenneth W Luke, Pamela Coveney, Disability Law Center, Blue Cross and Blue Shield of Massachusetts, Inc, Pamela Coveney, Sara A Walker, John Hancock Property and Casualty Insurance Co, David S McMahon, John J Joy, Matthew P Poppel, ISI Software, Michael Van Dang, Donnelly Conroy & Gelhaar, Andrew R Horne, Peter Gelhaar, Douglas S Brown, U Mass Memorial Health Care, Inc, David F Hadlock, Jeffrey C Turk, Karen Schultz Breda, George A Berman, Andrea F Nuciforo Jr, Deirdre M Giblin, Russell F Conn, Maria E DeLuzio, Michael J Power, Conn Kavanaugh Rosenthal Peisch & Ford LLP, Laurence M Starr, Ronald L Brandt, Mintz Levin Cohn Ferris Glovsky & Popeo, PC, MD Michael J Gill, Wayne P Godin, Michael S Gardener, Gerald T Anglin, Tommasino & Tommasino, Acheson H Vallaghan, Kenneth W Salinger, Willard Stievater, McCullough, Stievater & Polvere, Federal Home Loan Mortgage Corp, Daniel J Mckenzie, John T Prescobb, Jill M Bradley, Stephen S Gray, Mark P Harmon, DLC Management Corp, JPMorgan Chase, Mark N Berman, Christopher R Mirick, Benjamin K Golden, Jessica L Frattaroli, Ricardo Brandon Rios, Joel J Feldman, William J Dailey, III, Dana Farber Cancer Institute, Capitol Grille of Boston, Inc, Brian P Voke, Charles K Mone, Ultimate Parking, Inc, Peter D Feeherry, Kathryn Cook, Karen A Glasgow, Charles Lyons, Catherine E Sullivan, John P Zanini, Joseph S Berman, Michael J Gill, Kevin P Kerr, Mario Myrthil, Evan Meredith, Methunion Manor Cooperative Corp, John Jorritsma, Mark Alan Perkins, Marygrace Neal, Gerald F Moore, Jane A Sullivan, Yield10 Bioscience, Peter Keenan, Amy M McCallen, Kimberly C Nuzum,

## FIRST AMENDED COMPLAINT

(1)     The court has subject matter jurisdiction over this matter under 18 USC § 1331.

(2)

(a)     Tilting windmills, Friedrich Lu is *The Mouse That Roared, The Little Engine That Could.*

(b)     This historic case does not write from a clean slate -- history in that in the millennium-worth of (Anglo-American, including Commonwealth of Nations) common law, *no one* (let alone a sovereign) was reported for judicial corruption of such a scale, nature, depth (or height), breadth or duration.

(c)     So, literally and figurally, in fact and in law, we are "to boldly go no man has gone before!"

(d)     Here, absolute liability was established on the part of the United States one uncontested motion in each of

• *Lu* v *Young*, CA3 No 23-2486 (ECF No 34: *Supplemental Motion to Appoint Special Master*, dated Dec 2, 2023), and

• *Lu* v *Comcast Cable Communications, LLC*, CA3 No 23-3135 ECF No 28 *Motion to Appoint Special Master and Default* dated Feb 16, 2023 and ECF No 31 (Feb 18, 2024 certificate of service, on United States, of preceding motion), ECF No 30 (letter to clerk, dated Feb 18, 2024).

(e)     Her liability will cast a long shadow throughout the case at bar, practically dooming all defendants as a result. Common sense dictates that she not be excluded from this case (as a nonparty). Indeed she is an indispensable party under Fed Rule Civ Proc 19, and sued as a nominal defendant.

        All defendants (but not counsel if they happened to be government employees) listed in the body of the *Complaint* are sued in individual capacity (unless specified otherwise) and those in Addendum sued as civilians/ private citizens -- even if they work or might have worked for governments in the pertinent times.

(f)      This lawsuit does not seek to overturn any of the underlying cases shown in Addendum (though successful prosecution necessarily entails that outcome as a byproduct. Rather, the objective of the instant action is to establish and assess damages of judicial corruption for cases listed in the body and Addendum of the *Complaint*. Afterwards, Lu will return to each underlying case to obtain jury verdict for damage.

(g)      Statute of limitations is inapplicable, as all defendants and potential ones knowingly collaborated with DOJ to block *all* lawsuits of Lu's, without *any* discovery.

(h)      For the same reason, all defendants (when in individual capacity) are sued jointly and severally from Counts Three through Ten.

(3)

(a)      The critical difference between the original complaint and the instant one is that in a sober mood, Lu determines that there are more than enough circumstantial evidences to sue United States attorney general Garland in individual capacity as well as official one. The theories for the former capacity are: Garland (after coming to the office) has orchestrated the operations to injure Lu. Or he has been aware of the operations and federal employees behind them, and allowed them both to continue.

The operations are not emanated from a wayward mid-level DOJ career officer.

(b)      Firm are allegations against United States Attorney for Eastern District of Pennsylvania Jacqueline C Romero. After *Lu* v *Comcast Cable Communications, LLC*, US Dist Ct (E.D.Pa.) No 22-cv-3633 was commenced, Romero met on the sidelines with judges (at minimum chief Sánchez, R Barclay Surrick) and clerk George V Wylesol to assign the case to the compromised Surrick. On behalf and at the recommendation of Comcast's general counsel Romero recruited figurehead but incompetent counsel, promising to ghostwrite.

Romero is not rogue, but rather at all times reported to and received orders from Garland. To preserve deniability, Garland directed Romero not to represent Mark L Wolf at district court (but changed mind and has Romero represent Wolf at Third Circuit. Garland also directed Romero to, in *her* name, file *Statement of Interest* under 28 USC § 517 in No 22-cv-3633; Romero did, despite the law (§ 517).

The same acts repeated in *Lu* v *Young*, US Dist Ct (E.D.Pa.) No 23-cv-1239: Romero met covertly with Sánchez, Wylesol and another district judge John Milton Younge and, after the last agreed to do the bidding notwithstanding a motion to disqualify the entire district court, assigned the case to Younge. Romero recruited counsels for two sets of defendants. In the interlocutory appeal CA3 No 23-1845, on information and belief Lu states that Romero did collude with motion judges to hold the (appeal) case (on the facially false motion to dismiss appeal) so that Younge could dismiss the case below (and Younge did); the recently appointed motion judges went along ignorant of circuit precedents on stay of district court proceedings while interlocutory appeal based on 28 USC § 1292(a)(1).

On Mar 5, 2024 Mitchell S Goldberg was invested as chief judge, supplanting Sánchez. On Feb 12, 2024 Judicial Conference issued a news release to promote random assignment in civil actions, which was widely reported in the front page of newspapers. Even so, Romero spranginto action again when the case at bar was instituted on Mar 15, 2024. Goldberg assigned the case to, a motion to disqualify the entire district court aside, Surrick, with whom Comcast conceded having colluded in 22-cv-3633.

When Lu requested Garland's office to check if the office had directed Romero to represent Mark L Wolf at Third Circuit, the office pointed to Executive Office of United States Attorneys for answer. Right away, Garland, Romero, her civil chief Gregory B David, and her

assistant Mark J Sherer participated in wire fraud where February 9, 2024 emails from that Executive Office purported to supply a password so that Lu might file a FOIA request electronically with it did not contain the password. Lu reminded Executive Office in vain that there was no password, and therefore Lu could not make the request.

(4)

(a)  <u>Count One</u>  18 USC § 1962(d) (RICO conspiracy; applicable to all defendants including the nominal one).

   The predicate act is 18 USC § 1503 (obstruction of justice) when applicable.

   The RICO enterprises are: United States Department of Justice (DOJ); Massachusetts SJC; US Dist Ct (D.Mass); CA1; US Dist Ct (E.D.Pa).

(b)  <u>Count Two</u>  5 USC § 552(a)(6)(A)(ii): Garland is sued in official capacity for failure to decide appeal under Freedom of Information Act within 20 business days.

(c)
• under Massachusetts common law:

  <u>Count Three</u>  false arrest

  <u>Count Four</u>  false imprisonment

  <u>Count Five</u>  abuse of process

  <u>Count Six</u>  malicious prosecution

  <u>Count Seven</u>  intentional infliction of emotional distress

  <u>Count Eight</u>  civil conspiracy

  <u>Count Nine</u>  defamation

• <u>Count Ten</u>  Mass Gen Laws Chap 12, § 11*I* (Massachusetts Civil Rights Act): Behind the scenes, DOJ maliciously abused Lu. Lu exercised his rights under petition clause of First Amendment. DOJ and privies relentlessly counter with more abuses and defamation on Lu.

(5)

(a)      For almost three decades, DOJ has endeavored to deny Lu any government service (except homeless shelter in Boston).

(b)      To that end, DOJ employees have subjected Lu under constant surveillance (besides tailing): hacking; installing spyware at computers, intercepting (both without a warrant), disclosing using content of email accounts. Armed with the information so obtained in real time, they take countermeasures to Lu's detriment:

• shutting down all avenues to petitioning the Government for a redress of grievances and • • •

• colluding with the other two branches of federal government and with branches of Massachusetts and Pennsylvania, which have led to amalgamation of branches of the former plus of federal-state entities.

(6)

(a)      The employees who procured or participated in the activities are:

• United States Attorneys for District of Massachusetts: Donald K Stern (1993-2001), Michael J Sullivan (2001-2009), Carmen M Ortiz (2009-2017), Joshua S Levy (2023- ; acting).

• special agent in charge of the Boston Field Office Kenneth W Kaiser (2003-2006), Warren T Bamford (2007-2010), Richard C DesLauriers (2010-2013), Vincent B Lisi (2013-2015), Harold H Shaw (2015-2019), Joseph R Bonavolonta (2019 - 2023), Jodi Cohen (2023- )

• United States Attorney for Northern District of Illinois Patrick J Fitzgerald (2001-2012)

      Levy and Jodi Cohen are also sued in official capacity.

• United States Attorney for Eastern District of Pennsylvania Jacqueline C Romero

(b)

• <u>Count Eleven</u>  18 USC § 1030(e)(8) (damage) and (g) (the factor being (c)(4)(A)(i)(I) (economic damage of at least $5,000 in dismissed lawsuits)

• <u>Count Twelve</u>  18 USC § 2520

• Count Thirteen  18 USC § 2707

• Count Fourteen  *Bivens* action (unreasonable seizure under Fourth Amendment of effects including but not limited to electronic information, postal mail and belongings)

• Count Fifteen  47 USC § 207 (against Comcast on hacker's end of telecommunications service, and Verizon Communications Inc on Lu's -- where both telecommunications carriers collude with DOJ)

(7)      To this end, DOJ recruited the following, almost all of whom have, not just no question asked, embraced whatever requested (by DOJ) as patriotic call of duty, coupled with fervor and righteousness as if doing God's work. The few (request) recipients were sidelined who expressed concerns.

• First Circuit judge Levin H Campbell, Michael Boudin, Gustavo A Gelpí

• US Dist Ct (D.Mass.) judges: Rya W Zobel, Douglas P Woodlock, Richard G Stearns, Edward F Harrington

• justices of Supreme Judicial Court of Massachusetts: Herbert P Wilkins (1972-1999), Martha B Sosman (2000-2007), John M Greaney (1889-2008), Margaret H Marshall (1996-2010), Judith CA Cowin (1999-2011), Roderick L Ireland (1997-2014), Fernande RV Duffly (2011-2016), Robert J Cordy (2001-2016), Francis X Spina (1999-2016), Geraldine S Hines (2014-2017), Margot Botsford (2007-2017), Barbara A Lenk (2011-2020), David A Lowy (2016-2024), Elspeth B Cypher (2017- ), Frank M Gaziano (2016- 2024), David A Lowy (2016- ), Scott L Kafker (2017- ), Dalila Argaez Wendlandt (2020- )

• United States senator Scott P Brown (2010-2013)

• United States representatives Michael E Capuano (1999-2019), Ayanna Pressley (2019- ), Stephen F Lynch (2001- ), William D Delahunt (1997-2011)

- Secretary of Commonwealth William F Galvin

- Mass DOT / MBTA general counsel John T Englander (2015-29017), Marie Breen (2017-2023), Douglas M McGarrah (2023- )

- Mary-Louise White, PhD, chief operating officer of Solomon Carter Fuller Mental Health Center in Boston; attorney Marcy C Levington

- Suffolk district attorney Ralph C Martin II (1992 - 2002), Rachael E Rollins (2019-2022), Kevin R Hayden (2022- )

- attorney general of Massachusetts  L Scott Harshbarger (1991 - 1999), Thomas F Reilly (1999-2007), Maura T Healey (2015 - 2023), Andrea J Campbell (Jan 2023- )

- Police Commissioner and Chief of Boston Police Department: Paul Francis Evans, Jr (1994 - 2003), Kathleen M O'Toole (2004 - 2006), Edward F Davis III (2006 - 2013), William B Evans (2014 - 2018), William G Gross (2018 - 2021), Michael A Cox (2022- )

- MIT presidents Leo Rafael Reif (2012-2022); senior council Jamie Lewis Keith (1999-2006); general counsel Mark C DiVincenzo (2015- )

- Harvard president Lawrence H Summers (2001-2006), general counsel Anne Taylor ( -2002), Robert W Iuliano (2003-2019)

- Boston University president Robert A Brown (2005-2023), Boston University general counsel Erika Geetter (2013- )

- Boston College president William P Leahy, general counsel Joseph Herlihy (1998-2021)

(8)
(a)      The hallmark of DOJ's relentless legal campaign against Lu has been straight to judge chambers, enlisting chief judge of a court from which clerk and associate judges willing to do the bidding flow.

(b)      Ever since 1995 when Lu filed his first federal case, none of the district judges assigned to his case in District of Massachusetts has been randomly assigned. Successive chief judges and clerks -- the sitting clerk is Robert M Farrell (2013- ), his predecessor being Sarah A Thornton -- of that court have manipulated the assignment so that an occasional associate justice or magistrate judge unwilling to bend to the prevailing wind would not be assigned (to Lu).

(c)      The same has happened in US Dist Ct (E.D.Pa) where chief judges **Juan R Sánchez** and **Mitchell S Goldberg** -- in the administrative function and along with clerk George V Wylesol -- assigned two cases of Lu's to corrupt judges who then set out to destroy the cases.

(9)

(a)      flashback: Unaware of who they were, Lu sued in his first federal case of judicial corruption in Massachusetts state courts (*Lu* v *Hadlock*, US Dist Ct (D.Mass.) No 95-cv-12041 attorney Cameron F Kerry and law firm Pasternak Blankstein & Lund (successor: ArentFox Schiff). Lu soon learned that the attorney was the younger brother of the junior senator John F Kerry, and asked DOJ's Boston offices to look into facilitation, if any, of senator Kerry. Soon afterwards, Lu also read that a founder (Erik Lund) of the law firm married then circuit judge Sandra L Lynch, who has since always ruled against Lu, albeit repeated motions to disqualify her in various appeals. Lu's nightmares follow: Among other things, Massachusetts sentenced Lu to maximum sentence for trespass (by being in his home; no appeal allowed since a quarter of century ago) and, in another criminal proceeding, state's psychiatric ward to evaluate his ability to stand trial, notwithstanding recognition of ability to represent himself and United States Supreme Court's previous decision that the two criteria were same.

(b)      Time and again, DOJ has instigated state law enforcement agencies and district attorneys to file trumped up charges against Lu, none of which Lu was allowed issuance of subpoenas on his behalf by state court clerks. The latest refusals were by clerk Christopher E Phillips and his

first assistant clerk Sheila F Lawn in Boston Municipal Court (Brighton Division) Nos 2108CR152 and 2208cr442. That criminal proceeding went forward, after DOJ made false charges against Lu, skipped procedural due process (hearings before state magistrate judges to dissuade them from moving criminal proceedings forward) and then called two Boston police officers from Area D14 (Brighton) to come to Area D4 (Back Bay) to catch Lu unaware, on two purported outstanding warrants. In the process, the two officers (Benjamin Katz and Isabel Sweet) discarded Lu's personal effects (carry-on and in pockets) at the scene in spite of Lu's pleadings to take in the belongings.

Count Sixteen  42 USC § 1983: in violation of Fourth (unreasonable seizure of properties) and Fourteenth (due process and equal protection clauses) Amendments to federal constitution.

(c)      The latest for DOJ to withhold police protection is to instruct Boston detective Jeffrey C Cecil to sit on time-sensitive tips from Lu about home address of one who robbed Lu violently

(10)

(a)      DOJ followed Lu everywhere for decades. When Lu went in Congressional delegation offices, agents went straight into the inner sancta to request them not to assist Lu, while Lu waited in the lobby.

(b)      DOJ and senators from Massachusetts together devised litmus tests for potential nominees of federal judiciary to assess willingness to dismiss Lu's claims in courts: To qualify, Myong J Joun, a state court judge at Brighton Division heard the civil action against Lu by

• inviting prosecution to sit in (courthouse was closed due to Covid-19);

• conspiring to have DOJ delete an affidavit (which served as complaint, and which clerk's office had emailed Lu at his request) after (DOJ's) breaking into Lu's email account;

• anonymously directing Lu's orders of tape recordings of proceedings;

• opening door for sham criminal proceedings described in ¶ (11)(b) supra.

(c)     After doing all tricks, the loyal Joun passed the muster and twice nominated for federal judgeship (senate did not act on the first one for a year; the second nomination was successful).

(d)     Senators Elizabeth A Warren and Edward J Markey have Nancy Gertner as the point person to extract pledges against Lu, before nomination, from future district judges Denise J Casper, Indira Talwani, Leo T Sorokin, Allison D Burroughs and Joun. Gertner was brought into the fold during her federal judgeship. After retirement from that post, she and her husband, an attorney named John Reinstein, carried on the torch against Lu. In a twist of fate, Lu once sought help from the husband to unlock the mystery about tormentors.

(11)

(a)     In *Lu* v *Hulme*, US Dist Ct (D.Mass.) No 12-cv-11117, Lu on June 18, 2015 in person filed *Request to Default Hulme and Trustees in Civil Contempt Proceeding*, but then chief judge Saris and clerk Robert M Farrell never docketed it. Asked why not, his deputy replied cryptically, "They don't want them to see it." Lu asked, "Who are they?" The deputy repeated the sentence. Farrell never docketed the filing.

(b)     *United States* v *Abdelaziz* (CA1 2023) 68 F.4th 1 was announced on May 10, 2023 (defendants/ appellees were John B Wilson Jr and Gamal Abdelaziz). In anticipation of remand to district court, Lu in defense of prosecution submitted in the underlying case (*United States* v *Colburn*, US Dist Ct (D.Mass.) No 19-cr-10080) two motions for leave to file amicus brief (with brief attached to each). Out of spite toward Lu, DOJ not only combined with district court's chief judge Saylor and clerk Farrell to not docket either motion or brief, but reached across the aisle to defendants and their attorneys (Michael Kendall of White & Case, LLP and Brian T Kelly of Nixon Peabody LLP, respectively and in that order) to conspire with Sorokin, J, to dismiss the

case. Armed with the booty, Wilson sued on Mar 4, 2023: *Wilson* v *Netflix, Inc*, Barnstable Super Ct No 2472CV00092.

(c)     Saris, Farrell and Saylor are sued for ministerial acts, to not docket filings anmd thus render dockets not reflecting the true filings. These are wire fraud, predicate acts of RICO.

(12)
(a)     In *Lu* v *Castillo*, US Dist Ct (D.D.C.) No 22-cv-3683, district judge Jia M Cobb made an entry of ECF No 18 (Feb 6, 2023) and moved it ahead of DCF No 17 (dated Feb 7, 2023) -- to make it appear that No 18 predated No 17. This is cleric function and Cobb J does not have absolute immunity. In Mar 16, 2023, Lu mailed his claim under 28 USC § 2672 to Roslynn R Mauskopf, Director of Administrative Office of United States Courts and received no response.

(b)     In *Carroll* v *Trump*, CA2 No CA2 No 20-3977 DOJ conspired with Second Circuit chief judge Debra Ann Livingston and clerk Catherine O'Hagan Wolfe, coordinating with United States Attorney for Southern District of New York A Damian Williams Jr, to prevent Lu's amicus briefs from being docketed for three months, until the case was decided.

(13)    Lu can not overemphasize that DOJ read Lu's emails and proactively reaches out to Lu adversary, real or potential, to offer a hand in defense and have case dismissed once filed.

(a)     On or about Aug 15, 2021, Lu went to One Washington Mall in Boston to recycle electronics in Staples. Upon entry, a man in street clothes without identifying himself signaled Lu to get out. Lu told the man that he was there to recycle electronics, and moved past him. The man apparently summoned help and an employee of Staples rushed out to order Lu out. Just outside the store while in the premise of the mall, the man provided have a false name and falsely claimed to be a special police officer certified by Boston. The man was later said to be an employee of the mall owner The Georgetown Company LLC. Subsequently Lu went to Area A1 police station to file a police report, but two officers there expel Lu. Lu made a request for public

record as to identify of the two officers, and Shawn Williams, record access officer of City of Boston, refused, asserting the request was a question, not request for record.

Count Seventeen  42 USC § 1983: in violation of Fourteenth Amendment (due process clause) against Georgetown and Williams

Count Eighteen  fraud under Massachusetts common law

(b)     Limited to Endodontics, Inc, Steven M Corliss, Peter H Velyvis, Emina Zaganjori Kelly (hereafter LTE) misplaced a check Lu had submitted as a patient for a dental visit, lied to Lu that its bank had misplaced check(s), and asked Lu to replace the check. A demurring Lu, relying on LTE's statement, directed LTE to address the issue to its own bank, not Lu. LTE retaliated by voting among its shareholders to disenfranchise and debar Lu. Lu's demand letter under Mass Gen Laws chap 93A, § 9 (Consumer Protection Act) asked LTE to reverse the decision, not least because LTE had promised to defray or set off root canal cost by the amount of the check. The letter was ignored.

Count Nineteen  Mass Gen Laws chap 93A, § 9

Count Twenty  fraud under Massachusetts Common law

Count  Twenty One  breach of contract under Massachusetts Common law

(c)     On June 7, 2021 Lu emailed Maureen Feeney -- city clerk of City of Boston and ex officio, agent to receive process for certain city officials --  to make an appointment to have process served on her. City hall was closed to the public during the Covid-19 pandemic and appointment was needed and granted. Her inaction rendered Lu unable to have process served.

Count Twenty Two  42 USC § 1983: violating Fourteenth Amendment (due process and equal protection clauses) to the federal constitution)

(d)      Boston Public Health Commission (BPHC) not just reduced beds by about half around January, last year but later withdrew the second floor for special use. Ordinary homeless people (such as Lu) can not access that floor (except a TV room at certain hours). Lu was once assigned to a bed on that floor but in the middle of the night, Willie Butler removed Lu for no reason that Lu had "no right to be anyway." Lu appealed the decision to Wilbert Wilson, citing constitutional right, who laughed off the notion with Butler.

Maria Robles refused to provide information under state's public record law.

<u>Count Twenty Three</u>: All three are sued under 42 USC § 1983 in violation of Fourteenth Amendment (due process) to federal constitution.

BPHC installs motion sensors in stalls for toilets and showers. The sensors are hyperactive: Lu's estimate is that absent movement for ten seconds, alarm is triggered. Hence, an occupant has to constantly flail his arms.

<u>Count Twenty Four</u>  Mass Gen Laws chap 214, § 1B (Massachusetts Privacy Act)

(e)      On Nov 9, 2021 Lu was battered in Boston. Ryan A MacLean (Massachusetts state trooper), Christopher J Noone (Paralegal Specialist), Michael B Halpin (Special Counsel to the Colonel of Massachusetts Department of State Police), and Jennifer M Staples (Chief Legal Counsel 2020- ) colluded with DOJ to deny Lu the police report, a public record.

(f)      Lu went to police headquarters of  City of Medford, Massachusetts to file a police report against a police officer at Tufts University in vain, in that, though the alleged crime occurred on City pavement just outside a Tufts building, Medford police claimed Tufts police had sole jurisdiction. Tufts police chief did not act on Lu's request for identity of that Tufts officer. Lu had no legal recourse to obtain the name of that Tifts officer in order to sue him.

Count Twenty Five  42 USC § 1983: Trustees of Tufts College under color of unconstitutional state law (Mass Gen Laws chap 66, § 10 as interpreted by *The Harvard Crimson, Inc* v *President and Fellows of Harvard College* (2006) 445 Mass 745, 840 N.E. 2d 518) deprived Lu of rights secured by First (petition clause, including access to court) and Fourteenth (due process and equal protection clauses) Amendments to federal constitution.  The decision was galling in that 445 Mass, at 748, n 4 asserted that that court skipped a constitutional issue because plaintiff had not raised it at trial court -- but Lu did as an amicus. The state high court manifested the never-Lu bias that is typical of DOJ's decadeslong campaign against Lu.

(g)      At the direction of then mayor Scott D Galvin at City of Woburn, Massachusetts, successive Woburn Public Library directors Chuck Flaherty and Hermayne Gordon every few months devised new stratagems to hinder Lu's use of computers there, solely because Lu was not from that city, culminating in strictly two-hour use without prior notice to Lu.

Count Twenty Six  42 USC § 1983: Galvin, City of Woburn, Chuck Flaherty and Hermayne Gordon in violation of First (access to library) and Fourteenth )due process and equal protection clauses) Amendments to federal constitution.

(14)
(a)      Joseph M Lee of Classic Cleaning Co, Inc invariably dispose of clients trash in the disguise household trash, foisting disposal cost from clients on City of Boston. Years ago, Lu reported the practice to Steven Tankle, Director of Code Enforcement, who disclosed Lu's identity and the information to Lee. Tankle, Lee, Lee's decadeslong employee Jesús __ and trash hauler together designed a scheme to retaliate against Lu, including destruction of Lu's property.

Count Twenty Seven  Mass Gen Laws chap 12, §§ 5A-5O (Massachusetts False Claims Act; against Lee, Classic Cleaning Co, Inc, Jesús and son)

Count Twenty Eight  42 USC § 1983 (violating Fourteenth Amendment )due process) to federal constitution

(b)      When Jesús son plunged a knife a foot before Lu for assault, Lu told the son, an on-and-off employee of Lee's, that he (Lu) would go to Boston police. Jesús told his son not to worry as DOJ covered their back.

(c)      Through the years, Jesús converted a round plastic barrel of Lu's for his own use, and threw away Lu's belongings without prior notice in spite of Massachusetts state law.

Count Twenty Nine  conversion under Massachusetts common law.

(15)      On Dec 22, 2023 William Enright without right threw away Lu's belongings.

Count Thirty  conversion under Massachusetts common law

(16)
(a)      Cardinal Seán Patrick O'Malley is archbishop, and Francis J O'Connor, general counsel, of the Archdiocese of Boston. Both preapproved collusion with DOJ and judges of state and federal courts -- in *Lu* v *LaFrazia,* Boston Municipal Court No 2001CV000632 and *Lu* v *Budd*, US Dist Ct (D.Mass.) No 21-cv-10352.

Count Thirty One  42 USC § 1983 (collusion with state judges and clerks in violation of Fourteenth Amendment (due process) to federal constitution

(b)      Robert P Powers, managing partner of Melick & Porter, LLP authorized the same collusion in two cases where Trustees of Tufts college were defendants.

(c)      Long ago, against Lu DOJ recruited Marie R Breen (2017-2023), MassDOT / MBTA general counsel, who, among other things (including collusion with judges), wholesale blocked release of MBTA police reports (despise being public record under Mass Gen Laws chap 66, § 10) depriving Lu as victim of rights secured by First (access to court) and Fourteenth (due process) Amendments to federal constitution, which is Count Thirty Two.

(17)    A bit more than a year ago, MBTA just shut down the Orange Line, uprooted and replaced the entire track and everything that went with it. Ever since, MBTA keeps closing the same line to maintain track or signal system.

Count Thirty Three  fraud under Massachusetts common law

(18)    In *Lu* v *Comcast Cable Communications, LLC*, CA3 No 2303135 attorney David J Carcamo falsely declared that he emailed Lu a copy of *Motion to File Supplemental Appendix*. Which forms the basis of wire fraud, a predicate act of RICO for Comcast.

(19)    In *Lu* v *Young*, defendants (BPHC and its officials Ojikutu, Timothy J Harrington, Raza, Pasternack) and their counsel (Mark A Hipple and Gregory R Archibald of McNees Wallace & Nurick LLC) made false statements whenever they claimed courts have no personal jurisdictions either because defendants were not served with process or because they lack minimal contact with Pennsylvania: eg, the June 14, 2023 *Motion to Dismiss* in US Dist Ct (E.D.Pa.) No 23-cv-1239, the June 26, 2023 *Motion to Dismiss Appeal* in CA3 No 23-1845, and Feb 2, 2024 *Reply Brief* in CA3 No 2496. These constituted RICO predicate acts of wire and mail fraud.

(20)    Capitol Waste Services, Inc has an employee who invariably empties recyclables from recyclables bins to trash tracks, to throw the away, as City of Boston pays more to Capitol for weight of trash than recyclables hauled in. These are wire and mail fraud, RICO's predicate acts.

Count Thirty Four  18 USC § 1962(c)  (against Capitol)

Count Thirty Five  Mass Gen Laws chap 12, §§ 5A-5O  (against Capitol)

(21)    Lu demands jury trial, punitive damage (excluding government), injunctive relief, declaratory judgment, and court cost.

Plaintiff: Friedrich Lu, pro se          Date: March 30, 2024
Email address: chi2flu@gmail.com
Address:        % St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112

# ADDENDUM

**United States District Court**

• *Lu* v *Young*, US Dist Ct (E.D.Pa.) No 23-cv-1239: Jane E Young, United States, Catherine O'Hagan Wolfe, and George V Wylesol, Joe H Tucker Jr, Leslie Miller Greenspan, Tucker Law Group, LLC, Lynn R Charytan, Alycia Horn, Comcast Cable Communications, LLC (counsel David J Carcamo et al), Bisola Ojikutu, Timothy J Harrington, Batool Raza, Whitney C Pasternack, Boston Public Health Commission (counsel Mark A Hipple, Gregory R Archibald, McNees Wallace & Nurick LLC), Mark L Wolf, Walter T Mitchell, Jahad Hasan, Eric T Donovan, David T Donnelly, Steven Tankle, and Jeffrey A Locke (collusion with Younge, J)

• *Lu* v *Kastner*, US Dist Ct (D.Mass.) No 23-cv-10951: Paul V Kastner, Kastner Realty Trust, William Enright (counsel Brian F Welsh of Fuller Rosenberg Palmer & Beliveau LLP), and Jody L Goodman Dinan (collusion with Burroughs, J); on appeal CA1 No 23-1731

• *Lu* v *George*, US Dist Ct (D.Mass.) No 23-cv-10144: Jason Chaka George (collusion with Sorokin, J)

• ***Lu* v *Castillo*, US Dist Ct (D.D.C.) No 22-cv-3683**: Julio A Castillo, Anna Blackburne-Rigsby, Roslynn R Mauskopf, David J Barron, Jeffrey R Howard, and Joseph N Laplante (counsel Matthew G Graves, Sian Jones; collusion with Cobb, J); on appeal CADC No 23-5011 (counsel Brian P Hudak; collusion with Pillard, Childs and Sentelle, JJ)

• *Lu* v *Comcast Cable Communications, LLC*, US Dist Ct (E.D.Pa.) No 22-cv-3633: Comcast Cable Communications, LLC (counsel Leslie Miller Greenspan and David J Carcamo of Tucker Law Group, LLC; collusion with Surrick, J)

• *United States* v *Joseph*, CA1 Nos 20-1787 and -1794 Shelley M Richmond Joseph (counsel Thomas M Hoopes, Douglas S Brooks, Elizabeth N Mulvey, Libby Hoopes Brooks and Mulvey, PC) (collusion with Lynch, Thompson and Kayatta, JJ)

• *Lu* v *Saylor*, US Dist Ct (D.Mass.) No 22-cv-11106: F Dennis Saylor IV, Jon David Levin, Patti B Saris, Lance E Walker, Karen Frink Wolf, Denise J Casper, Indira Talwani, Leo T Sorokin, Allison D Burroughs, Senior District Judges William G Young, Mark L Wolf, George A O'Toole Jr, Marianne B Bowler, Judith G Dein, Jennifer C Boal, David J Barron, Sandra L Lynch, O Rogeriee Thompson, William J Kayatta Jr, Bruce M Selya, Kermit V Lipez, Jeffrey R Howard (counsel Jane E Young, Michael McCormack, Anna Dronzek), Timothy J Harrington (counsel Whitney C Pasternack), Kimberly S Budd, and Serge Georges Jr (collusion with Laplante and Barron JJ)

• *Lu* v *Laprocina*, US Dist Ct (D.Mass.) No 21-cv-11493: Paul N Laprocina Jr, Michael J. Lepizzera Jr, Scott K DeMello, Karlene Hall, Lepizzera and Laprocina, Kurt G Stenhouse, Christopher M Anderson, TS Land Trust LLC (counsel Rosemary A Traini and Scott K DeMello), Roberto Ronquillo, Jr, Thomas C Horgan, Robert J McKenna, John E Garland, Sally A Kelly, Daniel J Hogan, Mark C Concannon, Patty Wong-Murphy, Christopher Storm, Daniel M Lee, Morrison Mahoney LLP (counsel Christopher C Storm), Purchase America, Inc and Armada Waste MA II, LLC, Albertsons Companies, Inc, Star Market, Inc, Robert George Young II, and Bowditch and Dewey, LLP, Robert D Cox, Jr, David Taylor, Matt VP McTygue, Elizabeth H Kelly, and Locke Lord LLP (counsel Daron L Janis of Locke Lord LLP) (collusion with magistrate judges Rich and Karen Frink Wolf; Levy, J); on petition for mandamus CA1 No 22-1324

• *Lu* v *Ugnumba*, US Dist Ct (D.Mass.) No 21-cv-10516: Boodie Ugnumba, G4S Secure Solutions (USA), Inc, Melanie Lima, and Trustees of Boston Public Library (counsel John A Fahey and Nicole M O'Connor)  (collusion with Casper, J)

• *Lu* v *Budd*, US Dist Ct (D.Mass.) No 21-cv-10352: Kimberly S Budd, Mark V Green, Paula M Carey, Serge Georges Jr, Beverly J Cannone, Myong J Joun, David T Donnelly, Eleanor Sinnott, Mark H Summerville, Eric T Donovan, Paula Woodley, Walter F Timilty, Roberto Ronquillo, Jr, Thomas C Horgan, Daniel J Hogan, Mark C Concannon, Patty Wong-Murphy, Robert Murphy, Joslin Ham Murphy, Bernard Greene, Nancy S Heller, Heather Hamilton, Raul Fernandez, John VanScoyoc, Melvin Kleckner, Sara Slymon, Town of Brookline, David Fredette, Shawn A Williams, Jeffrey Driscoll, Jose Araujo, Christopher Vazquez and Joel Flores, court security officer with badge number 207, Daniel P Sullivan, Rebecca S Murray, Andrew Ghobrial, Evan Meredith, Methunion Manor Cooperative Corp, Denise O Salters, Cynthia B Hartman, Mark P Daly, MPD Law, LLC, Karen LaFrazia, Saint Francis House, Inc (counsel Elizabeth H Kelly of Locke Lord LLP), Roman Catholic Archbishop of Boston, Robert George Young II, Robert D Cox, Jr, Bowditch & Dewey, LLP, Joseph C Ferreira, Robert L Jubinville, Marilyn M Petitto Devaney, Christopher A Iannella, Eileen R Duff, Paul DePalo and Mary E Hurley, Amy B Bratskeir, Julie Ciollo (collusion with Saylor, J); on appeal CA1 No 21-1647

• *Lu* v *Clarke*, US Dist Ct (D.Mass.) No 20-cv-12010: James R Clarke, Mary Regan, Maura A Hennigan, Joseph Stanton (counsel Erica Morin), Robert L Sheketoff, James L Sultan, Charles W Rankin, Matthew Divris, Thomas A Turco, III, and Carol A Mici (collusion with Talwani, J)l on appeal CA1 No 21-1245 (collusion with Lynch, Kayatta, Barron, JJ)

• *Lu* v *Greene*, US Dist Ct (D.Mass.) No 20-cv-10421: Bernard Greene, Benjamin Franco, Nancy S Heller, Heather Hamilton, Raul Fernandez, Melvin Kleckner, Joslin Ham Murphy, Sara Slymon, Roy Mackenzie, and Town of Brookline (counsel Joslin Ham Murphy; collusion with William G Young, J); on appeal CA1 No 20-1827 (collusion with Thompson, Selya, Barron, JJ)

• *Lu* v *Stanton*, US Dist Ct (D.Mass.) No 20-cv-10366: Joseph Stanton, Lena Wong, Julie Goldman, Paul Tuttle, Ann Thomas, Patricia Ryle, Nancy Martins, Walter F Timilty, Mark V Green, C Jeffrey Kinder, Massachusetts Court System (counsel Andrew J Haile) and For The Record, Inc (counsel Gareth W Notis of Morrison Mahoney LLP; Monika Zarski of Jackson Lewis PC at White Plains, NY)   (collusion with magistrate judge Dein); on appeal CA1 No 20-1842 (collusion with Howard, Thompson, Barron, JJ)

• *Lu* v *Kamel*, US Dist Ct (D.Mass.) No 19-cv-11681: Ziad Kamel (collusion with Burroughs, J); on appeal CA1 No 20-1111 (collusion with Torruella, Lynch, Thompson, JJ)

• *Lu* v *Carrasco*, US Dist Ct (D.Mass.) No 20-cv-10031: David Carrasco, Willard J Boulter III, David J O'Connor, Massachusetts Institute of Technology (counsel Samuel R Gates and Scott A Roberts of Hirsch Roberts Weinstein LLP), and Christopher Samuel (counsel Paul S Kawai) (collusion with magistrate judge Dein); on appeal CA1 No 20-1842 (collusion with Howard, Thompson, Barron, JJ)

• *Lu* v *Davis*, US Dist Ct (D.Mass.) No 19-cv-11968: Kevin Davis, Tyler Ostholthoff, Gregg Taylor, ABM Janitorial Services Northeast, Inc (counsel William P McGovern), Irwin Driggs, Sarah St Pierre, Sonia L Skinner, Frank DePaola, Luis Manuel Ramírez, Steve Poftak, Massachusetts Bay Transportation Authority (counsel Amy B Bratskeir), David S Mackey, Christina Marshall, Nina Pickering-Cook, Anderson & Kreiger LLP (counsel Christina S Marshall of Anderson & Kreiger LLP), Stephanie Pollack, Dominic Blue, Ruth Bonsignore, Brian Lang, Dean Mazzarella, Steve Poftak, Joseph Sullivan, Betsy Taylor, Representatives at CharlieCard Support Services, Ralph D Gants, Mark V Green, and Paula M Carey (counsel

Phoebe Fischer-Groban) (collusion with Saris, J); on appeal CA1 No 21-1306 (collusion with Thompson, Kayatta, Narron, JJ), on further appeal after remand CA1 No 1598 (collusion with Kayatta, Howard, Gelpí, JJ)

• *Lu v Capitol Waste Services, Inc*, US Dist Ct (D.Mass.) No 19-cv-11458: Capitol Waste Services, Inc (counsel Thomas M Elcock of Prince Lobel Tye LLP), Capitol employees 1 and 2, City of Boston (counsel John A Fahey), Boston police officer (badge No 1311), police officer (8930), police officer (211), Boston Public Works Department worker (riding vehicle with Mass license plate MB 721), Public Works Department worker (riding vehicle with Mass license plate MB 785) (collusion with Saylor, J)

• *Lu v Mills*, US Dist Ct (D.Mass.) No 19-11195: Susan Mills, Tent City Corp (counsel Jeffrey C Turk), Thomas Gaughan, III (counsel Brendan J Gaughan and David A Goldman of CMBG3 Law LLC), and Longwood Security Services, Inc (collusion with William G Young, J)

• *Lu v Sprague*, US Dist Ct (D.Mass.) No 18-cv-12544: William Sprague, Nancy Mahan, Kevin P Kerr, Patricia Armstrong, Gina Cohen, Crystal Carrington, Yudelkys de Los Santos and Jennifer Staples, Bay Cove Human Resources, Inc, Kevin Michael Magoon, Anthony S Owens, Sandra L Ehlinger, Anthony J Rizzo and district attorney Daniel F Conley, John Jorrisma, TS Land Trust LLC, Scott K DeMello, Lepizzera and Laprocina, Paul N Laprocina Jr, Michael J Lepizzera Jr, Coleen Palmisano (collusion with Lance E Walker, J of District of Maine)

• *Lu v Gamboa-Ruiz*, US Dist Ct (D.Mass.) No 18-cv-10105: Marielena Gamboa-Ruiz, and Trustees of Tufts College (counsel John Wheatley of Melick & Porter, LLP); collusion with Talwani, J)

• *Lu v Frates*, US Dist Ct (D.Mass.) No 17-cv-10518-PBS: Timothy Frates, Julie Wilder, Jason McGrane, Richard Curtin, and Suffolk County Sheriff's Department (collusion with Saris, J)

• *Lu and United States rel Lu v Samra*, US Dist Ct (D.Mass.) No 17-cv-10119: Raman Samra, Trustees of Boston University (counsel Lisa A Tenerowicz), and Trustees of Tufts College (collusion with Talwani, J); on appeal CA1 No 18-1213 (collusion with (Howard, Torruella, Lynch, Thompson, Kayatta, Barron); cert denied S.Ct. No 20-5228

• *Lu v Niles*, US Dist Ct (D.Mass.) No 16-cv-12220 (counsel Timothy J Harrington; collusion with Saylor, J)

• *Lu v Smith*, US Dist Ct (D.Mass.) No 15-cv-14081: Diane Smith, Thomas G Robbins, Trustees of Boston University (counsel Lisa A Tenerowicz), Jane Doe, Nicole M O'Connor, City of Boston (collusion with Casper, J); on appeal

• *Lu v Conley*, US Dist Ct (D.Mass.) No 15-cv-13576: Daniel F Conley (collusion with Talwani, J); on appeal CA1 No 17-1078 (collusion with Torruella, Kayatta, Barron, JJ)

• *Lu v Dalton*, US Dist Ct (D.Mass.) No 15-cv-13349: Brian G Dalton, Steven W Tompkins (counsel Kathleen M Cawley), Fairfield Real Estate Management Corp (counsel John L Tobin), Frederick E Fairfield Jr, Heather L Fairfield, John L Tobin, Lester Blumberg, R Brandon Rios, Benjamin Golden, Commonwealth of Massachusetts (counsel Jesse M Boodoo. Abigail L Fee, Liza J Tran), Supreme Judicial Court, John Doe, Lynda D'Andrea, Omar McGovern, and Trustees of Tufts University (counsel John Wheatley) (collusion with O'Toole, J)

• *Lu v Doe*, US Dist Ct (D.Mass.) No 15-cv-13344 John Doe (collusion with magistrate Bowler and Saris, J)

• *Lu v Downie*, US Dist Ct (D.Mass.) No 15-cv-11558: Lyndia Downie, Rosemary Cashman, Fred Lee, Shaughnessy Charbonneau, Pine Street Inn, Rachel E Muñoz, Morgan, Brown & Joy LLP (counsel Colin R Boyle of The Towne Law Firm, PC at Albany, NY; counsel Leigh Campbell Joyce of Baird Holm LLP at Omaha, NE) (collusion with O'Toole, J)

• *Lu* v *Walsh*, US Dist Ct (D.Mass.) No 15-cv-10920: Martin J Walsh, William F Sinnott, Eugene L O'Flaherty, Caroline O Driscoll, David Waterfall, Amy E Ryan, George Hulme, Berthé M Gaines, Donna M DePrisco, Angelo M Scaccia, James Carroll, Karyn M Wilson, Jeffrey B Rudman, Zamawa Arenas, A Raymond Tye, Evelyn Arana-Ortiz, Paul La Camera, Carol Fulp, Byron Rushing, Dennis Lehane, John T Hailer, Laura DeBonis, Boston School Committee, Boston Housing Authority, Boston Redevelopment Authority, Boston Public Health Commission, Trustees of Boston Public Library, John Dunlap, Paul Curran, Nicole M O'Connor, William McGonagle, Brian P Golden, Huy Nguyen, Julie Ciollo, Stephen Horgan, Brendan England, Thomas O'Donnell, Robert Ridge, Microsoft Corp, Google, Yahoo! Inc (collusion with Sorokin, J)
• *Lu* v *Baker*, US Dist Ct (D.Mass.) No 15-cv-10615: Charles D Baker, Jr (counsel Annapurna Balakrishna, Julia E Kobick), Lauren M Mitchell, Jones & Fuller Reporting, Inc, Stephen D Fuller (counsel John B Johnson of Corrigan Johnson & Tutor, PA), Michael O'Connor, G&M Court Reporters, Ltd, Mary Piccirilli (collusion with Saris, J)
• *Lu* v *The Canton Corp*, US Dist Ct (D.Mass.) No 15-cv-10088: Frederick E Fairfield Jr, The Canton Corp, Fairfield Real Estate Management Co, Albert Ogiste, Heather Lynn Fairfield, Anthony Walrond, Gina Cohen and Abdul Kamara (collusion with Burroughs, J)
• *Lu* v *Menino*, US Dist Ct (D.Mass.) No 14-cv-13053: Thomas M Menino, Martin J Walsh, William F Sinnott, Eugene L O'Flaherty, Caroline O Driscoll, David Waterfall, George Hulme, Berthé M Gaines, Donna M DePrisco, Angelo M Scaccia, James Carroll, Karyn M Wilson, Jeffrey B Rudman, Zamawa Arenas, A Raymond Tye, Evelyn Arana-Ortiz, Paul La Camera, Carol Fulp, Byron Rushing, Dennis Lehane, John T Hailer, Laura DeBonis, Boston School Committee (counsel Nicole M O'Connor), Boston Housing Authority (counsel Wilbur E Commodore), Boston Redevelopment Authority, Boston Public Health Commission (counsel Timothy J Harrington), Trustees of Boston Public Library (collusion with magistrate judge Bowler, Sorokin, J)
• *Lu* v *Hulme*, US Dist Ct (D.Mass.) No 12-cv-11117: George Hulme, Trustees of Boston Public Library (collusion with Mark L Wolf, J)
• *Lu* v *Boston College*, US Dist Ct (D.Mass.) No 12-cv-10326: Boston College (counsel John B Johnson), Dennis Bradbury, Dave Hassan, Chris Summa, Ian McClain, Longwood Security Services, Inc  (counsel Kevin M Riordan of Boyle Shaughnessy Law PC), WinnCompanies, Boston Housing Authority (counsel John Egan), Castle Square Tenants Organization (counsel Jacqueline L Allen), Brendan England, Stephen Horgan (counsel Dawn M Beauchesne, Julie A Ciollo, Nicole M O'Connor) (collusion with William G Young, J); on appeal by Boston police officers CA1 No 13-1673 (collusion with Lynch, Howard, Kayatta. JJ)

• **United States ex rel *Lu* v *Ou* CA7 No 03-3481 (collusion with Ponsner, Evans and Williams, JJ)**
• *Lu* v *MIT* US Dist Ct (D.Mass.) No 02-cv-11860: Massachusetts Institute of Technology (counsel Daniel G Cromack, Daryl J Lapp and Jordana B Glasgow of Locke Lord LLP, Tracy Anne Davis of Palmer & Dodge LLP), Willard J Boulter III, Orlando Tirella, CSU Task Force (collusion with Reginald C Lindsay, J); on appeal CA1 No 03-2188
• *Lu* v *Chang*  US Dist Ct (D.Mass.) No 01-cv-11384: Ching-Ju Chang, Pati A Holoran, John P Puleo, Hassan & Reardon, PC, Boston Municipal Court, Paul Mahoney, Sally A Kelly (collusion with Mark L Wolf, J)

• *Lu v Daher* US Dist Ct (D.Mass.) No 01-cv-10078: E George Daher, Jeffrey M Winik, Robert L Lewis, Lawrence Pierce (counsel Cristopher O Quayle), Richard J Dwyer, Dennis F Sullivan, John C Clough, Peter W Agnes, Jr, Sarah B Singer, Joseph V Cronin, James P Gianellis, Maria Yanakopoulos, Brian Kelly (collusion with Rya W Zobel, J)

• *Lu v Abrams* US Dist Ct (D.Mass.) No 00-cv-12465: Ruth I Abrams, John M Greaney, Roderick L Ireland, Judith A Cowin (counsel Juliana DeHaan Rice and William E Reynolds); collusion with Zobel, J)

• *United States ex rel Lu v Harvard School of Dental Medicine* US Dist Ct (D.Mass.) No 00-cv-11492: United States (counsel Suzanne E Durrell, succeeded by Nancy Rue) defendants Harvard School of Dental Medicine (counsel John P Puleo and Robert R Hamel Jr of Hamel Marcin Dunn Reardon & Shea PC + Patti A Holloran of Hassan & Readon), Ching-Ju Chang, Mark Wang, Stanley Wang (collusion with Mark L Wolf, J); on appeal CA1 No 02-1420

• *Lu v Emergency Shelter Commission of City of Boston* US Dist Ct (D.Mass.) 00-cv-10614: Emergency Shelter Commission of City of Boston (counsel Andrea W McCarthy; collusion with Harrington J); on appeal CA1 No 00-1839

• *Lu v Gully* US Dist Ct (D.Mass.) Miscellaneous Business Docket No 98-nc-10494L Anthony Gully, Peter W Agnes, Ralph C Martin II and Margaret Hegarty

• *Lu v Harshbarger* US Dist Ct (D.Mass.) No 97-12021: L Scott Harshbarger, Annette C Benedetto, Douglas S Brown (counsel Juliana DeHaan Rice; collusion with Woodlock, J); on appeal CA1 No 97-2269

• *Lu v Suffolk County* US Dist Ct (D.Mass.) No 96-cv-12546: Suffolk County (counsel Annette C Benedetto) (collusion with Saris, J); on appeal CA1 No 98-1943

• *Lu v Christiani* US Dist Ct (D.Mass.) No 96-cv-11257: David Christiani, Susan M Donnelly, Murphy & Riley (counsel Joseph A King and Susan D Murphy of Murphy & Riley) + Margaret M Abruzese of Law Offices of Carol A Griffin) (collusion with Stearns, J); on appeal CA1 No 97-1810

• *Lu v Ravida* US Dist Ct (D.Mass.) No 96-cv-11253: Paul A Ravida, Donna McDonough, , Hong T Nguyen (counsel Michael H Bunis of Choate Hall & Stewart), Thuc V Nguyen, Chi Thuykim Nguyen, Nam South Nguyen, Tam Thi Ngo, Kathleen M Genova (counsel Robert M Buchanan Jr of Choate Hall & Stewart), Michael H Bunis, Choate Hall & Stewart, Kenneth W Luke (counsel Pamela Coveney of Disability Law Center), Blue Cross and Blue Shield of Massachusetts, Inc (Pamela Coveney and Sara A Walker of Blue Cross and Blue Shield of Massachusetts, Inc), John Hancock Property and Casualty Insurance Co (counsel David S McMahon), John J Joy (counsel Matthew P Poppel), ISI Software, Michael Van Dang, Donnelly Conroy & Gelhaar (counsel Andrew R Horne of Donnelly Conroy & Gelhaar), Peter Gelhaar, and John J Clough (counsel Douglas S Brown of U Mass Memorial Health Care, Inc) (collusion with Keeton, J)

• *Lu v Hadlock*, US Dist Ct (D.Mass.) No 95-cv-12041: David F Hadlock, Jeffrey C Turk, Karen Schultz, George A Berman, Andrea F Nuciforo Jr, Pasternak Blankstein & Lund (counsel Andrea F Nuciforo Jr and Deirdre M Giblin of Pasternak Blankstein & Lund + George A Berman of of Peabody & Arnold LLP), Russell F Conn, Maria E DeLuzio, Michael J Powers (counsel Russell F Conn of Conn Kavanaugh Rosenthal Peisch & Ford LLP), Laurence M Starr (counsel Ronald L Brandt), Ronald L Brandt, Brandt Kramer & Figman, Cameron F Kerry, Richard Portal, Mintz Levin Cohn Ferris Glovsky & Popeo, PC, MD Michael J Gill, Wayne P Godin (counsel Cameron F Kerry and Michael S Gardener of Mintz Levin Cohn Ferris Glovsky & Popeo, PC), Gerald T Anglin, Tommasino & Tommasino (counsel Acheson H Vallaghan of Anderson & Kreiger, LLP

+ Kenneth W Salinger), Willard Stievater, McCullough, Stievater & Polvere (collusion with O'Toole, J); on appeal CA1 No 96-2243


**United States Bankruptcy Court**
*In re Ravida*, Chap 7 Debtor  Bankr.D.Mass. No 97-12041
• *Lu* v *Ravida* Bankr.D.Mass. adversary proceeding Nos 97-1338, 97-1347 Paul A Ravida, Federal Home Loan Mortgage Corp (counsel Daniel J Mckenzie), Tipton Graham, Pasquale Marcantuono, Kathleen Guerrette-Mitchell, Sandra M Connelly, John A Berretta, LouShann Turner, George M Jones, Darrell L McDougal, Daniel J Mckenzie, Lauren H Zises, Jeffrey M Winik, Camilla Duffy, Lisa B Weisman, Stephen A Adelson, Gary P Sanginario, James A Kelley, Martin A Loria, Adelson, Golden & Loria, First Commercial Corp, John T Prescobb, Mark P Harmon, Andrew S Harmon, Jacqueline White, Fleet Mortgage Corp, Alexis W Blood, Joseph G Albiani, Jill M Bradley, Barry C Adelson & Associates, Scott W Kramer, Barry C Adelson, Barry C Adelson and Associates, Max Moise, Donna McDonough, Dana L Connelly (collusion wit bankruptcy trustee Stephen S Gray and Carol J Jenner); on appeal BAP No 98-08, on appeal CA1 No 98-9006; on further appeal after remand CA1 Bap No MB 02-059 (collusion with de Jesus, Haines, Carlo, JJ; reported as 296 BR 278); on appeal CA1 No 03-9001 (collusion with Boudin, Selya, Lipez, JJ)
• *Lu* v *Berman*, Bankr.D.Mass. adversary proceeding No 01-1564: Mark N Berman, Christopher R Mirick, Hutchins, Wheeler & Dittmar, PC, Stephen M Adelson, Neil D Golden, Martin A Loria, Lisa B Weisman, Adelson, Golden, Loria & Simons, E George Daher, Jeffrey M Minik, Camilla Duffy, John T Prescobb, Mark P Harmon, Law Offices of Mark P Harmon, DLC Management Corp, Jacqueine White, Washington Mutual, FleetBoston Financial Corp, Alexis W Blood, Jill M Bradley, Scott W Kramer, Barry C Adelson and Associates, Max Moise, RE/MAX Landmark Realtors, Donna McDonough, Paul A Ravida, Ralph C Martin LL. John P Zanini, Charles Janes, Thomas M Menino, Merita A Hopkins, Andrea McCarthy, Charles K Lyons, County of Suffolk, District of Suffolk, City of Boston, Ashley Brown Ahearn (collusion with Carol J Kenner, J); on appeal US Dist Ct (D.Mass.) No 99-cv-12448 (collusion with Keeton, J); on further appeal CA1 Nos 00-1143 and 01-1627
• *Lu* v *Federal Home Loan Mortgage Corp*  US Dist Ct (D.Mass.) No 97-cv-12129: Federal Home Loan Mortgage Corp (counsel Mark N Berman and Christopher R Mirick of Hutchins Wheeler Dittmar)  (collusion with Robert E Keeton, J)
• *Lu* v *Ravida* US Dist Ct (D.Mass.) No 00-10993; on appeal CA1 No 01-1491 (collusion with Campbell, Lynch, Lipez, JJ)
• *Lu* v *Federal Home Loan Mortgage Corp* US Dist Ct (D.Mass.) No 97-12129: Federal Home Loan Mortgage Corp, Clerk, US Bankruptcy Court (collusion with Mark L Wolf, J)


**Massachusetts state courts**
Middlesex Super Ct:
• *Lu* v *Turk* Middlesex Super Ct No 9681CV03824: Jeffrey C Turk, David F Hadlock, Karen Schultz Breda, George A Berman (counsel George A Berman), Michael J Powers (counsel Russell F Conn and Maria E Deluzio) (collusion with Borenstein, J)

Norfolk Super Ct:

• *Lu* v *Town of Brookline*, Norfolk Superior Court No 2082-cv-91: Town of Brookline and Sara Slymon (counsel Ham; collusion with Kirpalani, J); on appeal Mass Appeals Court No 2020-P-0230 (collusion with Stanton, Clerk)

• *Lu* v *Christiani*  Norfolk Super Ct No ****: David Christiani (counsel Joseph A King); on interlocutory appeal Mass Appeals Court No 1996-J-07650 (collusion with "A," J)

Suffolk Super Ct:

• *Commonwealth* v *Clarke*, Suffolk Superior Court No 1884-cr-174 (Lu as amicus): James R Clarke (counsel Robert L Sheketoff; collusion with Kaplan, J); on appeal Massachusetts Appeals Court No 2020-P-746: Clarke (counsel James L Sultan and Charles W Rankin; collusion with Green, CJ and Stanton, Clerk)

• *Lu* v *Department of Mental Health*, Suffolk Super Ct No 1584CV01089: Department of Mental Health (counsel Benjamin K Golden and Jessica L Frattaroli; collusion with Pasquale, J and clerk's office of Suffolk Super Ct); on *interlocutory* appeal (together with Boston Housing Court No 15H84CV000731) Mass Appeals Court No 2015-J-0346 (Department of Mental Health represented by Ricardo Brandon Rios; collusion with Cypher, J)

• *Joel J Feldman* v *Lucille Iacovelli*, Suffolk Super Ct No 0284CV02058 (Lu as movant for intervention): Feldman (counsel William J Dailey, III; collusion with Murphy, J); on appeal Mass App Ct No 2004-P-1123 (collusion with Green, J and Stanton, Clerk)

• *Harvard School of Dental Medicine* v *Lu*, Suffolk Super Ct No 0184CV05150: Harvard School of Dental Medicine, Dana Farber Cancer Institute, Ching-Ju Chang, Lan-Bo Chen, Stanley Wang, Mark Wang, Hassan & Reardon PC (counsel for all plaintiff Patti A Holloran Murphy and John P Puleo; collusion with Kottmeyer, Locke, Holtz, Spurlock, Lauriat, JJ)

• *Lu* v *Chang*, Suffolk Super Ct No 0184CV03353: Ching-Ju Chang, Mark Wang (counsel Puleo), Bin-Na Tsai, Lan-Bo Chen, Dana Farber Cancer Institute (collusion with Fahey, J)

• *Lu* v *Capitol Grille of Boston, Inc*  Suffolk Super Ct No 0184CV02739 (removed from Boston Municipal Court Central Division No 0101CV274839): Capitol Grille of Boston, Inc (counsel Brian P Voke and Charles K Mone) + third-party defendant Ultimate Parking, Inc (counsel Peter D Feeherry) (collusion with Fabricant, J); on appeal Mass Appeals Court No 2002-P-1385 (collusion with L CW MC, JJ)

• *Lu* v *Doe*, Suffolk Super Ct No 0184CV00129: John Doe and City of Boston (collusion with Fahey, Fabricant, JJ)

• *Lu* v *Emergency Shelter Commission of City of Boston*  Suffolk Super Ct No 0084CV00965: Emergency Shelter Commission of City of Boston, and City of Boston (counsel Andrea W McCarthy, Kathryn Cook, Karen A Glasgow, and Charles Lyons; collusion with Ball, Muse, White, Kottmyer, JJ); on appeal Mass Appeals Court No 2004-P-1053 (collusion with Green, J and Stanton, Clerk)

• *Lu* v *Dwyer*, Suffolk Super Ct No 9984CV01276: Richard J Dwyer and Justices of District Court (counsel Catherine E Sullivan); on appeal Mass Appeals Court No 1999-P-1616 (collusion with Jacobs, Manson, Kantrowitz, JJ)

• *Lu* v *District Attorney for Suffolk County*, Suffolk Super Ct No 9884CV04288: District Attorney for Suffolk County (counsel John P Zanini) and Criminal History Systems Board (counsel Christopher O Quaye) (collusion with Ball, J); on consolidated appeals Mass Appeals Court Nos 99-P-873 and 2000-P-0040 (collusion with PD-G-GS, JJ); Further Appellate Review No FAR-12384

• *Lu v Turk*  Suffolk Super Ct No 9484CV05096: Turk, Hadlock (counsel Deirdre M Giblin and Joseph S Berman) and Michael J Powers (counsel Conn) (collusion with Gordon L Doerfer, J); on *interlocutory* appeal Mass Appeals Court No 1995-J-0189 (collusion "D," J), Direct Appellate Review DAR No 08296; Mass Appeals Court No 1996-P-0198 (collusion with D-L-FL, JJ)l; Further Appellate Review No FAR-08407
• Lu v Starr Suffolk Super Ct No 9584CV02325: Laurence M Starr (counsel Ronald L Brandt) and Richard Portal (Michael J Gill and Cameron F Kerry) (collusion with Lauriat, J); on *interlocutory* appeal (collusion with "I," J)

Boston Housing Court:
• *Fairfield Real Estate Management Corp* v Lu  Boston Housing Ct No 15H84CV000731: plaintiff Fairfield Real Estate Management Corp (counsel John L Tobin), two defendants (Friedrich Lu and Bay Cove Human Services (counsel Kevin P Kerr) (collusion with MaryLou Muirhead, J); on *interlocutory* appeal Mass Appeals Court No 2015-J-0241 (collusion with meaning Carhart, J)
• *Myrthyl* v *Lu*  Boston Housing Court No 97SP2939: Mario Myrthil (counsel Jill M Bradleyo collusion with Jeffrey Winik); on *interlocutory* appeal Mass Appeals No 1998-J-0060 (collusion with SP, J)

Boston Municipal Court:
**Central Division**:
• *Lu v LaFrazia*  Boston Municipal Court No 2001CV000632: Karen LaFrazia and Saint Francis House, Inc (counsel Robert George Young, II; collusion with Summerville, Sally A Kelly, JJ)
• *Lu v Meredith*  Boston Municipal Court No 1901CV001771: Evan Meredith and Methunion Manor Cooperative Corp (collusion with Thomas C Horgan)
• *Lu v Purchase America, Inc*  Boston Municipal Court No 1901CV001287: Purchase America, Inc, Armada Waste MA II, LLC and City of Boston (collusion with James Martin Stanton, J)
• *Lu v Albertsons Companies*, Boston Municipal Court No 1901CV001098: Albertsons Companies (counsel Sean F McDonough and Christopher C Storm; collusion with Summerville and Garland, JJ)
• *Commonwealth* v *Jorritsma*, Boston Municipal Court No 0701CR000498 (Lu as victim): John Jorritsma (counsel Mark Alan Perkins; collusion with Catherine K Byrne, J, in trial held on May 24, 2018)
• *Lu v TS Land Trust, LLC*, Boston Municipal Court No 1701CV000067: TS Land Trust, LLC (counsel Scott K DeMello; collusion with McKenna, J)
• *Lu v Neal*, Boston Municipal Court No 9601CV236716: Marygrace Neal (counsel Gerald F Moore) and Laurence M Starr (Ronald L Brandt)  (collusion with Tierney, Dougan, Donovan, Summerville, JJ)
**Brighton Division**
• *Commonwealth* v *Lu* Boston Municipal Court Nos 2108CR152 and 2208cr442
**Dorchester Division**:
• *Commonwealth* v *Lu*  Boston Municipal Court No 1507CR003106: Lu (counsel Marcy C Levington; colluded with **, J)
• *Commonwealth* v *Lu*  Boston Municipal Court No 9807CR000495 Commonwealth (counsel Jane A Sullivan; collusion with Peter W Agnes Jr); on *interlocutory* appeal by Lu  Mass Appeals Court No 1999-J-0030 (collusion with Porada, J)

Cambridge District Court:
• *Commonwealth* v *Lu*, Cambridge Dist Ct No 1752CR00131: Lu (collusion with Ina R Howard-Hogan, J)
• *Lu* v *Metabolix, Inc*, Cambridge District Court No 0352CV000780: Metabolix, Inc and Peter Keenan (counsel Amy M McCallen and Kimberly C Nuzum; collusion with Severlin B Singleton, III, J)