# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| FRIEDRICH LU<br>*Plaintiff(s)*<br>v.<br>SEE ATTACHMENT:<br>*Defendant(s)* | Civil Action No. 24-cv-01169-RBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FRIEDRICH LU
P.O. BOX 499
LAFAYETTE STATION
BOSTON, MA 02112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

*CLERK OF COURT*

Date: 3/22/2024

s/Stephen Gill
*Signature of Clerk or Deputy Clerk*

Civil Action No. 24-cv-01169-RBS

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*: ______________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

John F Kerry, Cameron F Kerry, United States, Merrick Garland, Donald K Stern, Michael J Sullivan, Carmen M Ortiz, Joshua S Levy, Kenneth W Kaiser, Warren T Bamford, Richard C DesLauriers, Vincent B Lisi, Harold H Shaw, Joseph R Bonavolonta, Jodi Cohen, Levin H Campbell, Michael Boudin, Gustavo A Gelpí, Rya W Zobel, Douglas P Woodlock, Richard G Stearns, Edward F Harrington, Herbert P Wilkins, Martha B Sosman, John M Greaney, Margaret H Marshall, Judith CA Cowin, Roderick L Ireland, Fernande RV Duffly, Robert J Cordy, Francis X Spina, Geraldine S Hines, Margot Botsford, Barbara A Lenk, David A Lowy, Elspeth B Cypher , Frank M Gaziano, Scott L Kafker, Dalila Argaez Wendlandt, Scott P Brown, Michael E Capuano, Ayanna Pressley, Stephen F Lynch, William D Delahunt, William F Galvin, John T Englander, Marie Breen, Douglas M McGarrah, Mary-Louise White, Marcy C Levington; Rachael E Rollins, Kevin R Hayden, L Scott Harshbarger, Thomas F Reilly, Maura T Healey, Andrea J Campbell, Paul Francis Evans, Jr, Kathleen M O'Toole, Edward F Davis III, William B Evans, William G Gross, Michael A Cox, Leo Rafael Reif, Jamie Lewis Keith, Mark C DiVincenzo, President and Fellows of Harvard College, Lawrence H Summers, Anne Taylor, Robert W Iuliano, Robert A Brown, Erika Geetter, William P Leahy, Joseph Herlihy, Robert M Farrell, Sarah A Thornton, Juan R Sánchez, Mitchell S Goldberg, ArentFox Schiff, Erik Lund, Christopher E Phillips, Sheila F Lawn, Benjamin Katz, Isabel Sweet, Jeffrey C Cecil, Myong J Joun, Elizabeth A Warren, Edward J Markey, Nancy Gertner, John Reinstein, Michael Kendall, White & Case, LLP, Brian T Kelly, Nixon Peabody LLP, Jia M Cobb, Debra Ann Livingston, Catherine O'Hagan Wolfe, Staples Inc, The Georgetown Company LLC, Limited to Endodontics, Inc, Steven M Corliss, Peter H Velyvis, Emina Zaganjori Kelly, Maureen Feeney, Willie Butlerm, Wilbert Wilson, Maria Robles, Ryan A MacLean, Christopher J Noone, Michael B Halpin, and Jennifer M Staples, Scott D Galvin, City of Woburn, Chuck Flaherty, Hermayne Gordon, Joseph M Lee, Classic Cleaning Co, Inc, Jesús __, Jesús's son, Seán Patrick O'Malley, Francis J O'Connor, Robert P Powers, Mark A Hipple, Gregory R Archibald, McNees Wallace & Nurick LLC, Joe H Tucker Jr, Leslie Miller Greenspan, David J Carcamo, Tucker Law Group, LLC, Lynn R Charytan, Alycia Horn, Comcast Cable Communications, LLC, Bisola Ojikutu, Batool Raza, Whitney C Pasternack, Boston Public Health Commission, Mark L Wolf, Walter T Mitchell, Jahad Hasan, Eric T Donovan, David T Donnelly, Steven Tankle, and Jeffrey A Locke, Paul V Kastner, Kastner Realty Trust, William Enright, Brian F Welsh, Fuller Rosenberg Palmer & Beliveau LLP, Jody L Goodman Dinan, Jason Chaka George, Julio A Castillo, Anna Blackburne-Rigsby, Roslynn R Mauskopf, David J Barron, Jeffrey R Howard, and Joseph N Laplante, Matthew M Graves, Sian Jones, Brian P Hudak, Shelley M Richmond Joseph, Thomas M Hoopes, Douglas S Brooks, Elizabeth N Mulvey, Libby Hoopes Brooks and Mulvey, PC, F Dennis Saylor IV, Jon David Levin, Patti B Saris, Lance E Walker, Karen Frink Wolf, Denise J Casper, Indira Talwani, Leo T Sorokin, Allison D Burroughs, Senior District Judges William G Young, Mark L Wolf, George A O'Toole Jr, Marianne B Bowler, Judith G Dein, Jennifer C Boal, Sandra L Lynch, O Rogeriee Thompson, William J Kayatta Jr, Bruce M Selya, Kermit V Lipez, Jeffrey R Howard, Jane E Young, Michael McCormack, Anna Dronzek, Timothy J Harrington, Kimberly S Budd, Serge Georges Jr, Paul N Laprocina Jr, Michael J. Lepizzera Jr, Scott K DeMello, Karlene Hall, Lepizzera and Laprocina, Kurt G Stenhouse, Christopher M Anderson, TS Land Trust LLC, Rosemary A Traini, Roberto Ronquillo, Jr, Thomas C Horgan, Robert J McKenna, John E Garland, Sally A Kelly, Daniel J Hogan, Mark C Concannon, Patty Wong-Murphy, Christopher Storm, Daniel M Lee, Morrison Mahoney LLP, Purchase America, Inc, Armada Waste MA II, LLC, Albertsons Companies, Inc, Star Market, Inc, Robert George Young II, and Bowditch and Dewey, LLP, Robert D Cox, Jr, David Taylor, Matt VP McTygue, Elizabeth H Kelly, and Locke Lord LLP, Daron L Janis, Boodie Ugnumba, G4S Secure Solutions (USA), Inc, Melanie Lima, Trustees of Boston Public Library, John A Fahey, Nicole M O'Connor, Mark V Green, Paula M Carey, Beverly J Cannone, David T Donnelly, Eleanor Sinnott, Mark H Summerville, Walter F Timilty, Roberto Ronquillo, Jr, Daniel J

Hogan, Mark C Concannon, Patty Wong-Murphy, Robert Murphy, Joslin Ham Murphy, Bernard Greene, Nancy S Heller, Heather Hamilton, Raul Fernandez, John VanScoyoc, Melvin Kleckner, Sara Slymon, Town of Brookline, David Fredette, Shawn A Williams, Jeffrey Driscoll, Jose Araujo, Christopher Vazquez and Joel Flores, Daniel P Sullivan, Rebecca S Murray, Andrew Ghobrial, Evan Meredith, Methunion Manor Cooperative Corp, Denise O Salters, Cynthia B Hartman, Mark P Daly, MPD Law, LLC, Karen LaFrazia, Saint Francis House, Inc, Elizabeth H Kelly, Roman Catholic Archbishop of Boston, Robert George Young II, Bowditch & Dewey, LLP, Joseph C Ferreira, Robert L Jubinville, Marilyn M Petitto Devaney, Christopher A Iannella, Eileen R Duff, Paul DePalo and Mary E Hurley, Amy B Bratskeir, Julie Ciollo, James R Clarke, Mary Regan, Maura A Hennigan, Joseph Stanton, Erica Morin, Robert L Sheketoff, James L Sultan, Charles W Rankin, Matthew Divris, Thomas A Turco, III, and Carol A Mici, Benjamin Franco, Roy Mackenzie, Lena Wong, Julie Goldman, Paul Tuttle, Ann Thomas, Patricia Ryle, Nancy Martins, Walter F Timilty, C Jeffrey Kinder, Andrew J Haile, For The Record, Inc, Gareth W Notis, Monika Zarski, Jackson Lewis PC, Ziad Kamel, David Carrasco, Willard J Boulter III, David J O'Connor, Massachusetts Institute of Technology, Samuel R Gates, Scott A Roberts, Hirsch Roberts Weinstein LLP, and Christopher Samuel, Paul S Kawai, Kevin Davis, Tyler Ostholthoff, Gregg Taylor, ABM Janitorial Services Northeast, Inc, William P McGovern, Irwin Driggs, Sarah St Pierre, Sonia L Skinner, Frank DePaola, Luis Manuel Ramírez, Steve Poftak, Massachusetts Bay Transportation Authority, Amy B Bratskeir, David S Mackey, Christina Marshall, Nina Pickering-Cook, Anderson & Kreiger LLP, Christina S Marshall, Stephanie Pollack, Dominic Blue, Ruth Bonsignore, Brian Lang, Dean Mazzarella, Joseph Sullivan, Betsy Taylor, Phoebe Fischer-Groban, Capitol Waste Services, Inc, Thomas M Elcock, Prince Lobel Tye LLP, Susan Mills, Tent City Corp, Thomas Gaughan, III, Brendan J Gaughan, David A Goldman, CMBG3 Law LLC, Longwood Security Services, Inc, William Sprague, Nancy Mahan, Kevin P Kerr, Patricia Armstrong, Gina Cohen, Crystal Carrington, Yudelkys de Los Santos and Jennifer Staples, Bay Cove Human Resources, Inc, Kevin Michael Magoon, Anthony S Owens, Sandra L Ehlinger, Anthony J Rizzo, Daniel F Conley, Coleen Palmisano, Marielena Gamboa-Ruiz, Trustees of Tufts College, John Wheatley, Melick & Porter, Timothy Frates, Julie Wilder, Jason McGrane, Richard Curtin, Suffolk County Sheriff's Department, Raman Samra, Trustees of Boston University, Lisa A Tenerowicz, Diane Smith, Thomas G Robbins, Brian G Dalton, Steven W Tompkins, Kathleen M Cawley, Fairfield Real Estate Management Corp, Frederick E Fairfield Jr, Heather L Fairfield, John L Tobin, Lester Blumberg, R Brandon Rios, Benjamin Golden, Jesse M Boodoo. Abigail L Fee, Liza J Tran, Supreme Judicial Court, John Doe, Lynda D'Andrea, Omar McGovern, Lyndia Downie, Rosemary Cashman, Fred Lee, Shaughnessy Charbonneau, Pine Street Inn, Rachel E Muñoz, Morgan, Brown & Joy LLP, Colin R Boyle, The Towne Law Firm, PC, Leigh Campbell Joyce, Baird Holm LLP, Martin J Walsh, Amy E Ryan, Microsoft Corp, Google LLC, Yahoo! Inc, Charles D Baker, Jr, Annapurna Balakrishna, Julia E Kobick, Lauren M Mitchell, Jones & Fuller Reporting, Inc, Stephen D Fuller, John B Johnson, Corrigan Johnson & Tutor, PA, Michael O'Connor, G&M Court Reporters, Ltd, Mary Piccirilli, The Canton Corp, Albert Ogiste, Heather Lynn Fairfield, Anthony Walrond, Gina Cohen, Abdul Kamara, William F Sinnott, Eugene L O'Flaherty, Caroline O Driscoll, David W Waterfall, George Hulme, Berthé M Gaines, Donna M DePrisco, Angelo M Scaccia, James Carroll, Karyn M Wilson, Jeffrey B Rudman, Zamawa Arenas, A Raymond Tye, Evelyn Arana-Ortiz, Paul La Camera, Carol Fulp, Byron Rushing, Dennis Lehane, John T Hailer, Laura DeBonis, Boston School Committee, Boston Housing Authority, Wilbur E Commodore, Boston College, Dennis Bradbury, Dave Hassan, Chris Summa, Ian McClain, Kevin M Riordan, Boyle Shaughnessy Law PC, WinnCompanies, John Egan), Castle Square Tenants Organization, counsel Jacqueline L Allen, Brendan England, Stephen Horgan, Daniel G Cromack, Daryl J Lapp, Jordana B Glasgow, Tracy Anne Davis, Orlando Tirella, Ching-Ju Chang, Pati A Holoran, John P Puleo, Hassan &

Reardon, PC, Paul Mahoney, Jeffrey M Winik, Robert L Lewis, Lawrence Pierce, Cristopher O Quayle, Dennis F Sullivan, John C Clough, Peter W Agnes, Jr, Sarah B Singer, Joseph V Cronin, James P Gianellis, Maria Yanakopoulos, Brian Kelly, Robert R Hamel Jr, Hamel Marcin Dunn Reardon & Shea PC, Mark Wang, Stanley Wang, Andrea W McCarthy, Anthony Gully, Margaret Hegarty, Annette C Benedetto, Douglas S Brown, Juliana DeHaan Rice, David C Christiani, Susan M Donnelly, Murphy & Riley, Joseph A King, Susan D Murphy, Margaret M Abruzese, Carol A Griffin, Donna McDonough, Michael H Bunis, Choate Hall & Stewart, Kathleen M Genova, Robert M Buchanan Jr, Choate Hall & Stewart, Kenneth W Luke, Pamela Coveney, Disability Law Center, Blue Cross and Blue Shield of Massachusetts, Inc, Pamela Coveney, Sara A Walker, John Hancock Property and Casualty Insurance Co, David S McMahon, John J Joy, Matthew P Poppel, ISI Software, Michael Van Dang, Donnelly Conroy & Gelhaar, Andrew R Horne, Peter Gelhaar, Douglas S Brown, U Mass Memorial Health Care, Inc, David F Hadlock, Jeffrey C Turk, Karen Schultz Breda, George A Berman, Andrea F Nuciforo Jr, Deirdre M Giblin, Russell F Conn, Maria E DeLuzio, Michael J Power, Conn Kavanaugh Rosenthal Peisch & Ford LLP, Laurence M Starr, Ronald L Brandt, Mintz Levin Cohn Ferris Glovsky & Popeo, PC, MD Michael J Gill, Wayne P Godin, Michael S Gardener, Gerald T Anglin, Tommasino & Tommasino, Acheson H Vallaghan, Kenneth W Salinger, Willard Stievater, McCullough, Stievater & Polvere, Federal Home Loan Mortgage Corp, Daniel J Mckenzie, John T Prescobb, Jill M Bradley, Stephen S Gray, Mark P Harmon, DLC Management Corp, JPMorgan Chase, Mark N Berman, Christopher R Mirick, Benjamin K Golden, Jessica L Frattaroli, Ricardo Brandon Rios, Joel J Feldman, William J Dailey, III, Dana Farber Cancer Institute, Capitol Grille of Boston, Inc, Brian P Voke, Charles K Mone, Ultimate Parking, Inc, Peter D Feeherry, Kathryn Cook, Karen A Glasgow, Charles Lyons, Catherine E Sullivan, John P Zanini, Joseph S Berman, Michael J Gill, Kevin P Kerr, Mario Myrthil, Evan Meredith, Methunion Manor Cooperative Corp, John Jorritsma, Mark Alan Perkins, Marygrace Neal, Gerald F Moore, Jane A Sullivan, Yield10 Bioscience, Peter Keenan, Amy M McCallen, Kimberly C Nuzum,