```
                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF PENNSYLVANIA
Friedrich Lu, Plaintiff          )    civil action No 24-1169
     v                           )
John F Kerry, et al, Defendants  )
```

### NOTICE OF FILING IN THIRD CIRCUIT

(1)   An employee of the United States keeps hacking Friedrich Lu's computer files.

(2)   On the contrary, Lu has never gopne to government's vault to pilfer its information.

(3)   Lu is not going to take it.

```
Appellant:     Friedrich Lu, pro se    /s/ Friedrich Lu, pro se
Date:          April 11, 2024*
Email address: chi2flu@gmail.com
Address:       % St Francis House, PO Box 499, Lafayette Station,
Boston, MA 02112
```
      Under penalty of perjury, Lu certifies that today he serves a copy of this document on United States Department of Justice care of United States Attorney for Eastern District of Pennsylvania (specifically AUSA Mark J Sherer).

_____

 \*   On Apr 11, 2024 Lu filed the instant notice via Electronic Document Submission (EDS), with a copy to parties who had not appeared: AUSA Mark J Sherer, Comcast and its counsel, and Boston Public Commission and its counsel. Said Notice was not docketed, and on Apr 24 following, Lu inquired clerk's office why. Hat office said it could not find the submission. Lu is filing it again (via EDS once more), together with this note.

                              /s/ Friedrich Lu, pro se  Apr 26, 2024

No 23-3135
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

**EXHIBIT**

Friedrich Lu, Plaintiff/ Petitioner/ Appellant
v
Comcast Cable Communications, LLC, Defendants/ Appellees

<u>LETTER (FOR INFORMATION ONLY)</u>

(1)  Friedrich Lu's Feb 16, 2024 *Motion to Appoint master and default for misconduct* detailed a United States employee, by hacking, interfering with Lu's drafting of *Reply Brief*. The government did not dispute it.

(2)
(a)  Undeterred, the hacker went on another rampage, hacking Lu's Mar 15, 2024 *Complaint* and Mar 30, 2024 *First Amended Complaint* (*FAC* hereafter; while Lu was at either), in the newly instituted *Lu* v *Kerry*, US Dist Ct (E.D.Pa) No 24-cv-1169.

(b)  As far as Lu can tell, the hacker -- all in the caption of the two aforesaid cloud-based computer files -- *removed* defendants' names (United States Attorney for that district Jacqueline C Romero and her two aides Gregory B David and Mark J Sherer, United States Attorney for Southern District of New York A Damian Williams Jr, and US Dist Ct (E.D.Pa) clerk George V Wylesol) and *added* "Senior District Judges" before William G Young.

Following the filing of the hacked version of the *Complaint*, Lu noticed the changes and restored them to the original condition in

*FAC*. Yet the hacker changed them back; unknowingly Lu filed the

hacked version of the *FAC*.

Appellant:     Friedrich Lu, pro se     /s/ Friedrich Lu, pro se
Date:          April 11, 2024
Email address: chi2flu@gmail.com
Address:       % St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112

    Under penalty of perjury, Lu certifies that today he serves a copy of this document on Comcast and United States Department of Justice care of United States Attorney for Eastern District of Pennsylvania.