IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Friedrich Lu, | : |
|       Plaintiff, | : No. 2:24-cv-01169-RBS |
| v. | : |
| | : Honorable R. Barclay Surrick, J. |
| John F. Kerry, et al., | : |
|       Defendants | : |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of the Motion for Extension of Time to Respond to Plaintiff's Amended Complaint filed by Defendants Sean Patrick O'Malley, Francis J. O'Connor, and the Roman Catholic Archbishop of Boston, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**. Defendants Sean Patrick O'Malley, Francis J. O'Connor, and the Roman Catholic Archbishop of Boston shall file a response to Plaintiff's Amended Complaint on or before June 6, 2024.

BY THE COURT:

_____
Hon. R. Barclay Surrick, J.