# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRIEDRICH LU | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 24-1169 |
| CAMERON F. KERRY, *ET AL.* | : | |

## ORDER

**AND NOW**, this 16th day of May, 2024, upon consideration of Plaintiff's Amended Complaint (ECF No. 8), which asserts thirty-five counts against 529 named Defendants[1] and one John Doe Defendant, it is **ORDERED** that the time for Defendants to answer, move, or otherwise respond to Plaintiff's Amended Complaint is **STAYED** pending further Order of the Court.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
R. BARCLAY SURRICK, J.

---

[1] The docket for this case reflects that as of the date of this Order, Plaintiff has not yet filed Affidavits or Waivers of Service as to any of the Defendants named in the Amended Complaint.