#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRIEDRICH LU | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 24-1169 |
| JOHN F. KERRY, *ET AL.* | : | |

**SURRICK, J.**                                                                                   **MARCH 21, 2025**

### ORDER

**AND NOW**, this 21st day of March, 2025, upon consideration of Plaintiff's Amended Complaint, it is **ORDERED** that Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that, upon consideration of Plaintiff's Motion to Disqualify Entire District Court and For Intra-circuit Assignment (ECF No. 2), Motion to Redact (ECF No. 3), Motion for Injunctive Relief Against the City of Boston (ECF No. 20), Emergency Motion to Enjoin Joseph M. [L]ee and [His] Employee (ECF No. 25), a Motion to Identify Deficiency in Service of Process (ECF No. 26), and Motion to Disqualify Judge Surrick (ECF No. 35), the motions are **DENIED**.

It is further **ORDERED** that, within twenty-one (21) days of this Order, Plaintiff Friedrich Lu shall show cause as to why his pattern of conduct does not justify a tailored pre-filing injunction that provides the following:

1. Except for a notice of appeal from this Order (*see* ¶ 5 below), the Clerk of Court **SHALL NOT ACCEPT** any of Plaintiff Friedrich Lu's further filings in this matter against any defendant without prior approval of this Court.

2. Plaintiff Friedrich Lu is **HEREBY ENJOINED** from commencing any new civil matters in this Court against any of the defendants in this matter that relate, directly

or indirectly, to claims that have already been raised or disposed of in federal court. In any such new matter, Plaintiff shall be required to first certify to this Court that (a) the claims being presented have never been raised or disposed of on the merits by a federal court and (b) Plaintiff believes the facts contained in the proposed complaint to be true.

3. Upon a failure to certify or upon a false certification, Plaintiff **MAY BE FOUND IN CONTEMPT** of Court and punished accordingly.

4. Plaintiff **MUST ATTACH** a copy of this Order to any such motion for leave.

5. This Order does not enjoin Plaintiff from pursuing an appeal of this Order.

**IT IS SO ORDERED.**

                                        **BY THE COURT:**

                                        */s/ R. Barclay Surrick*
                                        **R. BARCLAY SURRICK, J.**